UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, | ) |
|             Plaintiff, | ) |
| v. | )   Civ. A. No. 01-2244 (JDB) |
| REPUBLIC OF SUDAN, et al. | ) |
|             Defendants | ) |

**PRAECIPE**

The Clerk of Court will please withdraw the appearance of Assistant United States Attorney Rhonda C. Fields as counsel for the Republic of Sudan and enter the appearance of Assistant United States Attorney Rhonda C. Fields, as counsel for the United States of America..

RHONDA C. FIELDS
Assistant United States Attorney
555 4th St., N.W. Room 10-814
Washington, D.C.  20530
202-514-6970