# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**JAMES OWENS, et al.**
       **Plaintiffs**

      v.                                      **Civil No.1:01CV02244**
                                                  **Judge John D. Bates**

**REPUBLIC OF SUDAN, et al.**
       **Defendants**

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, James Owens, et al., by counsel, herewith move the Court for leave to file the Amended Complaint submitted herewith. The amendment adds the words "and constituted assault and battery at common law." Both the original Complaint and the Amended Complaint set forth facts sufficient to sustain the torts of assault and battery, neither set forth those words. The Second Amended Complaint thereby sets forth the identical causes of action and only adds descriptive terminology and is therefore not a substantive change requiring new service upon the Defendants.

WHEREFORE, Plaintiffs pray that the Court grant leave to file the Second Amended Complaint submitted with this Motion.

| | |
|---|---|
| Date: February 2, 2004 | Respectfully submitted, |

_____
**THOMAS FORTUNE FAY**
Unified Bar No. 23929
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, D.C.  20004
(202) 638-4534


_____
**STEVEN R. PERLES**
Unified Bar No. 326975
1615 New Hampshire Avenue, NW
Washington, DC 20009
(202) 745-1300

**Attorneys for Plaintiffs**