UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Owens, et al. | ) |
| | ) |
| v. | ) Civil No. 1:01 CV 02244 |
| | ) Judge John D. Bates |
| Republic of Sudan, et al. | ) |

ENTRY OF APPEARANCE

Please take note that the undersigned have entered their appearance on behalf of defendants The Republic Of The Sudan and The Ministry Of The Interior Of The Republic Of The Sudan.

Respectfully submitted,

_____
John F. Dienelt
Bar No. 110742

_____
Don C. Lewis
Bar No. 403434

Piper Rudnick LLP
1200 Nineteenth Street NW
Washington, DC 20036-2412

Attorneys for The Republic Of The Sudan and
The Ministry Of The Interior Of The Republic
Of The Sudan

February 5, 2004

~WASH1:4136837.v1

## CERTIFICATE OF SERVICE

I certify that the foregoing Entry of Appearance was served on February 5, 2004, by U.S. mail, to:

>Thomas Fortune Fay, Esq.
>601 Pennsylvania Avenue, NW
>#900 - South Building
>Washington, DC  20004
>
>Rhonda C. Fields, Esq.
>Assistant U.S. Attorney
>U. S. Department of Justice
>555 4th Street, N.W.
>Washington, DC  20001-2733
>
>Steven R. Perles, Esq.
>1615 New Hampshire Avenue NW
>Washington, DC  20009

_____
John F. Dienelt

Dated: February 5, 2004