# EXHIBIT A

LAW OFFICES
THOMAS FORTUNE FAY, P.A.
601 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. 202/638-4534
Fax 202/589-1721

## FAX TRANSMITTAL SHEET

The contents of the pages corresponding to this facsimile cover sheet are intended only for the individual or entity described below. You are hereby notified that any dissemination or use of or reliance upon the information contained in and transmitted with this facsimile cover sheet by or to other than the recipient designated below by sender is unauthorized and strictly prohibited.

Date: 11/14/2003

To: David Hardy
Section Chief
Records, Information and Dissemination
Federal Bureau of Investigation
FBI Headquarters
Washington, DC

From: Thomas Fortune Fay, Esq.

Subject: FOIA/Subpoena Request

Message: Please See Attached Documents

Total Pages: 6

PLEASE CONTACT THIS OFFICE IMMEDIATELY
IF THIS DOCUMENT IS NOT LEGIBLE

Law Offices
# FAY & PERLES
601 Pennsylvania Avenue, NW
#900 – South Building
Washington, DC 20004
Tel. 202/638-4534
Fax 202/737-4827
Date: 11/13/2003

Mr. David Hardy
Section Chief
Records, Information and Dissemination
Federal Bureau of Investigation
300 G Street, NW
Washington, DC 20535

    Re:    Freedom of Information Act/Subpoena
             Enclosed Request

Dear Mr. Hardy:

      Enclosed herewith please find both a Freedom of Information Act Request and a subpoena to each of which is attached an identical list of items. Disclosure is requested in connection with Civil Action No. 1:01CV02244, James Owens, et al. v. Republic of Sudan, et al., pending in the United States District Court for the District of Columbia. The Owens case has been brought against the Republic of Sudan and the Islamic Republic of Iran as a consequence of their participation in the terrorist attacks on the American Embassies at Nairobi, Kenya and Dar es Salam, Tanzania on August 7, 1998.

      Please be informed that the United States has entered an appearance in the Owens litigation with regard to the request of Plaintiffs for issuance of writs of habeas corpus ad testificandum. It is represented by Brian J. Sonfield, Assistant United States Attorney, 202/514-7143, 555 Fourth Street, NW, Washington, DC 20530. After you have had an opportunity to review this request, I would appreciate the opportunity to meet with you and Mr. Sonfield.

                                             Very truly yours,

                                             Thomas Fortune Fay

TFF/pc
ENCLOSURE
CC: Brian J. Sonfield, Esq., Assistant United States Attorney

FD-706 (Rev. 12-3-96)

# Freedom of Information-Privacy Acts (FOIPA) Request

Date: _____

Your Complete Name: __Thomas Fortune Fay, Esq.__   Telephone No.: __202/638-4534__

Your Address: __601 Pa. Ave., NW, #900 South__

__Washington, DC 20004__

Name of Subject of Your Request (if yourself, indicate "same"): Persons represented by applicant:

James Owens, Frank B. Pressley, Jr, Ellen/Don Bomer, Clyde M. Him, Joyce/Worley Reed, Lydia Sparks, and Gary/Victoria Spiers

Date and Place of Birth of Subject of Your Request: __N/A__

Additional information which would assist in identifying and locating the records you seek:

Previous Residence(s) of Subject: __N/A__

Place of Employment of Subject: __N/A__

Social Security Account Number: __N/A__

Furnishing your Social Security Account Number is voluntary.

If you are requesting information about yourself, we ask that you provide your notarized signature, using the reverse side of this form. In lieu of a notarized signature, you may submit a declaration pursuant to Title 28, United States Code, Section 1746.

If mailed, include your notarized signature or declaration and send to Director, FBI, 935 Pennsylvania Ave., N.W., Washington, D.C. 20535-0001, Attention FOIPA. If mailed to any FBI field office, send to Special Agent in Charge, FBI (Address, City, State and Zip Code from phone book or Federal Register) Attention FOIPA.

---

(Do Not Write in the Spaces Below - For Bureau Use Only)

Identification Required:

One Photo ID

or

Two Nonphoto IDs with:

Name and Address

Initials: _____   Date: _____

## ATTACHMENT TO FOIA REQUEST

This request for documents and objects pursuant to the Freedom of Information Act, which is accompanied by a subpoena issued from the United States District Court for the District of Columbia in Civil Action #1:01CV02244, covers items already provided by the United States in the course of discovery, or subject to discovery, in the criminal action brought in the United States District Court for the Southern District of New York styled as United States v. Usama Bin Laden, Criminal #S(7) 89CR1023. Counsel has been informed that these items are further identified in FBI files under file references "Tanbom" and "Kenbom."

## KENYA & TANZANIA EMBASSY BOMBINGS (August 7, 1998)

**Freedom of Information Request**

- Any and all FD-302s regarding the conduct of the physical crime scene searches of each of the Kenya and Tanzania Embassy bombing sites

- Any and all photographs [including from all responding Evidence Response Teams (ERTs)] of each of the Kenya and Tanzania Embassy bombing sites

- Any and all activity and investigative logs, including sketches, created by the both the ERTs and Bomb Technicians of each of the Kenya and Tanzania Embassy bombing sites

- Any and all Evidence Logs and/or Inventory Logs of each of the Kenya and Tanzania Embassy bombing sites

- Any and all Laboratory Reports, and ancillary photographs, taken each of the bombing sites and during forensic laboratory analysis of evidence and reports of forensic results of examination taken from each of the Kenya and Tanzania Bombings

- Any and all interviews of individuals' during the on-site investigations and physical crime scene searches of each Kenya and Tanzania Embassy bombing sites

- Any and all pertinent information taken from any search and seizure taken from Wadi El Hage's computer while living in Dar el Salam or Nairobi

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

DISTRICT OF __COLUMBIA__

JAMES OWENS, et al.
    Plaintiffs

V.

REPUBLIC OF SUDAN, et al
    Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:

TO: Mr. David Hardy
Section Chief
Records, Information and Dissemination

Federal Bureau of Investigation
300 G Street, NW
Washington, DC 20535

Civil #1:01CV02244
U.S.D.C.D.C.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT

| PLACE | Federal Bureau of Investigation<br>300 G Street, NW<br>Washington, DC 20535 | DATE AND TIME<br>12/22/2003<br>10 A.M. |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas Fortune Fay*    Attorney at Law | 11/13/2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas Fortune Fay, Esq.
202/638-4534
601 Pa. Ave., NW, #900 South
Washington, DC 20004

## ATTACHMENT

This subpoena issued from the United States District Court for the District of Columbia in Civil Action #1:01CV02244, covers items already provided by the United States in the course of discovery, or subject to discovery, in the criminal action brought in the United States District Court for the Southern District of New York styled as United States v. Usama Bin Laden, Criminal #S(7) 89CR1023. Counsel has been informed that these items are further identified in FBI files under file references "Tanbom" and "Kenbom."

### KENYA & TANZANIA EMBASSY BOMBINGS (August 7, 1998)

**Freedom of Information Request**

- Any and all FD-302s regarding the conduct of the physical crime scene searches of each of the Kenya and Tanzania Embassy bombing sites

- Any and all photographs [including from all responding Evidence Response Teams (ERTs)] of each of the Kenya and Tanzania Embassy bombing sites

- Any and all activity and investigative logs, including sketches, created by the both the ERTs and Bomb Technicians of each of the Kenya and Tanzania Embassy bombing sites

- Any and all Evidence Logs and/or Inventory Logs of each of the Kenya and Tanzania Embassy bombing sites

- Any and all Laboratory Reports, and ancillary photographs, taken each of the bombing sites and during forensic laboratory analysis of evidence and reports of forensic results of examination taken from each of the Kenya and Tanzania Bombings

- Any and all interviews of individuals during the on-site investigations and physical crime scene searches of each Kenya and Tanzania Embassy bombing sites

- Any and all pertinent information taken from any search and seizure taken from Wadi El Hage's computer while living in Dar el Salam or Nairobi