UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES OWENS, *et al.*, | ( | |
| Plaintiffs, | ( | |
| vs. | ( | Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, *et al.*, | ( | |
| Defendants. | ( | |

MOTION OF PIPER RUDNICK LLP TO WITHDRAW AS COUNSEL

For the reasons set forth in the attached memorandum, and as noted in Mr. Earl J. Silbert's letter of April 12, 2004, the undersigned move to withdraw as counsel for defendants, the Republic of Sudan and its Ministry of the Interior. A proposed Order is attached.

Respectfully submitted,

_____
John E. Dienelt
Bar No. 110742
Don C. Lewis
Bar No. 403434
Martin T. Lutz
Bar No. 427634
PIPER RUDNICK LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

1

~WASH1:4575837.v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES OWENS, *et al.*, | ( | |
| Plaintiffs, | ( | |
| vs. | ( | Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, *et al.*, | ( | |
| Defendants. | ( | |

MEMORANDUM IN SUPPORT OF MOTION OF
PIPER RUDNICK LLP TO WITHDRAW AS COUNSEL

The undersigned seek to withdraw in order to avoid any questions regarding their compliance with the Rules of Professional Conduct, with respect to positional conflicts. We are in the process of assisting Sudan in obtaining successor counsel. To protect the interests of the Sudan and its Ministry of the Interior, we also ask this Court to stay all proceedings until successor counsel enter their appearance.

Respectfully submitted,

_____
John F. Dienelt
Bar No. 110742
Don C. Lewis
Bar No. 403434
Martin T. Lutz
Bar No. 427634
PIPER RUDNICK LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

~WASH1:4575840.v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES OWENS, *et al.*, | ( ( | |
| Plaintiffs, | ( ( | |
| vs. | ( | Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, *et al.*, | ( ( ( | |
| Defendants. | ( | |

ORDER

On consideration of the Motion of Piper Rudnick LLP To Withdraw As Counsel, and the supporting memorandum, it is hereby

ORDERED that Piper Rudnick LLP and the attorneys of that firm who have entered their appearances be allowed to withdraw upon the entry of appearance by successor counsel; and it is

FURTHER ORDERED that all proceedings in this case be, and they hereby are, stayed, pending entry of appearance by successor counsel.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE

~WASH1:4575838.v1

1

Copies to:

Thomas Fortune Fay
601 Pennsylvania Avenue, N.W.
No. 900—South Building
Washington, DC  20004
(202) 638-4534

Steven R. Perles
1615 New Hampshire Avenue, N.W.
Suite 200
Washington, DC  20009
(202) 745-1300

Rhonda C. Fields
United States Attorney's Office
555 Fourth Street, NW
10th Floor
Washington, DC  20530
(202) 514-6970
Fax: (202) 514-8780
rhonda.fields@usdoj.gov

John F. Dienelt
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-3880
Fax: (202) 223-2085
john.dienelt@piperrudnick.com

Don C. Lewis
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-6417
Fax: (202) 689-8569
don.lewis@piperrudnick.com

2