UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| | ( |
| Plaintiffs, | ( |
| | ( |
| vs. | ( Civil Action No. 01-2244 (JDB) |
| | ( |
| REPUBLIC OF THE SUDAN, et al., | ( |
| | ( |
| Defendants. | ( |

## MOTION FOR CLARIFICATION

Piper Rudnick LLP has previously filed a Motion to Withdraw as Counsel in this matter. Attached to that Motion was a proposed Order providing that Piper Rudnick LLP and the attorneys of that firm who have entered their appearances be allowed to withdraw upon the entry of appearance by successor counsel and further that all proceedings in this case be and hereby are stayed pending entry of appearance by successor counsel.

The Court's docket reflects a Minute Entry noting that the Motion to Withdraw has been granted. However, the Minute Entry does not specifically indicate that the Court has stayed the proceedings as provided for in the proposed Order that accompanied that Motion.

In order to remove any uncertainty regarding the status of this matter, it is hereby requested that the Court sign and enter the proposed Agreed Order that is attached hereto. The terms of the attached Agreed Order are identical to those in the proposed Order previously submitted with Piper Rudnick LLP's Motion to Withdraw, except that the attached Agreed Order adds a proposed date for a status conference in this matter.

The undersigned is authorized to represent to the Court that Mr. Thomas Fay, plaintiffs' counsel, has consented to this Motion for Clarification and to the contents of the proposed Agreed Order attached hereto.

                                      Respectfully submitted,

                                      */s/ John F. Dienelt*
                                      John F. Dienelt
                                      Bar No. 110742
                                      Don C. Lewis
                                      Bar No. 403434
                                      Martin T. Lutz
                                      Bar No. 427634
                                      PIPER RUDNICK LLP
                                      1200 19th Street, N.W.
                                      Washington, D.C. 20036
                                      (202) 861-3900

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| Plaintiffs, | ( |
| vs. | ( Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, et al., | ( |
| Defendants. | ( |

MEMORANDUM IN SUPPORT OF MOTION FOR CLARIFICATION

Piper Rudnick LLP has previously filed a Motion to Withdraw as Counsel in this matter. The Court's docket reflects a Minute Entry noting that the Motion to Withdraw has been granted. However, the Minute Entry does not specifically indicate that the Court has stayed the proceedings as provided for in the proposed Order that accompanied that Motion. The instant Motion for Clarification asks that the status of these proceedings be clarified through the Court's entry of the proposed Agreed Order that is attached hereto. This would be in the interest of justice as it would make clear the current status of this matter. The entry of the proposed Agreed Order has been consented to by plaintiffs.

Respectfully submitted,

/s/ John F. Dienelt

John F. Dienelt
Bar No. 110742
Don C. Lewis
Bar No. 403434
Martin T. Lutz
Bar No. 427634
PIPER RUDNICK LLP
1200 19th Street, N.W.
Washington, D.C. 20036
(202) 861-3900

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| Plaintiffs, | ( |
| vs. | ( Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, et al., | ( |
| Defendants. | ( |

## AGREED ORDER

Upon consent of the parties and upon consideration of the Motion of Piper Rudnick LLP To Withdraw As Counsel and the supporting memorandum, it is hereby

ORDERED that Piper Rudnick LLP and the attorneys of that firm who have entered their appearances be allowed to withdraw upon the entry of appearance by successor counsel; and it is

FURTHER ORDERED that all proceedings in this case be, and they hereby are, stayed, pending entry of appearance by successor counsel; and it is hereby

FURTHER ORDERED that this matter be set for a status conference on the 3rd day of September, 2004, at _____ a.m.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Thomas Fortune Fay
601 Pennsylvania Avenue, N.W.
No. 900—South Building
Washington, DC  20004
(202) 638-4534

Steven R. Perles
1615 New Hampshire Avenue, N.W.
Suite 200
Washington, DC  20009
(202) 745-1300

Rhonda C. Fields
United States Attorney's Office
555 Fourth Street, NW
10th Floor
Washington, DC  20530
(202) 514-6970
Fax: (202) 514-8780
rhonda.fields@usdoj.gov

John F. Dienelt
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-3880
Fax: (202) 223-2085
john.dienelt@piperrudnick.com

Don C. Lewis
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-6417
Fax: (202) 689-8569
don.lewis@piperrudnick.com

## CERTIFICATE OF SERVICE

I certify that the foregoing documents were served on April 26, 2004 on the following attorneys by hand delivery:

      Thomas Fortune Fay, Esq.
      601 Pennsylvania Avenue, NW
      No. 900—South Building
      Washington, DC  20004

      Rhonda C. Fields, Esq.
      Assistant U.S. Attorney
      U.S. Department of Justice
      555 Fourth Street, NW
      10th Floor
      Washington, DC  20530

      Steven R. Perles, Esq.
      1615 New Hampshire Avenue, NW
      Suite 200
      Washington, DC  20009

_____

Dated: April 26, 2004