AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

James Owens, et al.

vs.

Republic of the Sudan, et al.

APPEARANCE

CASE NUMBER: 01-2244 (JDB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for :

Republic of the Sudan and Ministry of the Interior of the Sudan.

July 29, 2004
Date

14852
BAR IDENTIFICATION NO.

Signature

Knox Bemis
Print Name

1900 K Street, N.W.
Address

Washington,       DC        20006-1109
City              State     Zip Code

(202) 955-1886
Phone Number