UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| | ( |
|     Plaintiffs, | ( |
| | ( |
| vs. | (  Civil Action No. 01-2244 (JDB) |
| | ( |
| REPUBLIC OF THE SUDAN, et al., | ( |
| | ( |
|     Defendants. | ( |

## PRAECIPE

By an order of this court dated 21 June 2004, counsel for the Government of the Republic of Sudan and the Ministry of the Interior of the Sudan (collectively, "Sudan") were instructed to enter an appearance seven days after receipt of a license from the Office of Foreign Assets Control ("OFAC") authorizing receipt of payment from Sudan.

A copy of the OFAC license is attached. It bears a hand-written date of July 19, 2004, and it was received by Hunton & Williams LLP by mail on July 22, 2004.

                                                        Respectfully submitted,

                                                        _____
                                                        Knox Bemis (Bar No. 14852)
                                                        Martin Lutz (Bar No. 427634)
                                                        HUNTON & WILLIAMS LLP
                                                        1900 K Street, N.W.
                                                         Washington, D.C. 20006-1109
                                                         (202) 955-1500
                                                        Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2004, Defendants Praecipe was sent by facsimile to:

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, N.W.
Suite 900 South Building
Washington, D.C. 20004
(202) 589-1721 Fax

Rhonda C. Fields, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
555 Fourth Street, N.W.
10th Floor
Washington, DC 20530
(202) 514-8780

Steven R. Perles, Esq.
1615 New Hampshire Avenue, N.W.
Washington, D.C. 20009
(202) 745-1858 Fax

July 29, 2004

Martin Lutz (Bar No. 427634)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

License No. SU-1201

Sudanese Sanctions Regulations

LICENSE

(Granted under the authority of 50 U.S.C. § 1701-06, Executive Order 13067, and 31 C.F.R. Parts 501 and 538.)

To: Dana M. Marshall, Esq.
c/o Hunton & Williams LLP   (Collectively, the "Licensees")
1900 K Street, NW
Washington, DC 20006-1109

1. Based on your letters of July 8, 2004 and July 15, 2004 to the Office of Foreign Assets Control on behalf of Hunton & Williams LLP (the Application"), the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, or based upon information available to the Treasury Department, and is subject to the condition, among others, that the Licensees comply in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. § 1701 et seq.), the National Emergencies Act (50 U.S.C. § 1601 et seq.), section 301 of title 3 of the United States Code, and the terms of this License.

3. The Licensees shall furnish and make available for inspection any relevant information, records or reports requested by the Secretary of the Treasury, or any other duly authorized officer or agency.

4. **This License expires on July 20, 2005,** is not transferable, and is subject to the provisions of Executive Order 13067, 31 C.F.R. Parts 501 and 538, any regulations and rulings issued pursuant thereto, and may be revoked or modified at any time in the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation, it may, in the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transactions herein licensed, nor does it release Licensees or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _____
David W. Mills
Chief of Licensing

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. § 538.701 for provisions relating to penalties.

License No. SU-1201                                             Page 2 of 3

**SECTION 1 - AUTHORIZATION:** Subject to the conditions stated herein, the Licensees are hereby authorized to receive payment of professional fees and reimbursement of expenses incurred for the provision of the legal services authorized in § 538.505(b) of the Sudanese Sanctions Regulations, 31 C.F.R. Part 538 (the "Regulations"), to **The Government of the Republic of Sudan** (the "Client") in connection with the following matters:

Presbyterian Church of Sudan, et.al. v. Talisman Energy, Inc., et.al., (USDC (Southern District of New York) (Case No. 01-CV-9882)),

Owens, et.al. v. Republic of Sudan, et.al., (USDC (District of Columbia) (Case No. 01-CV-2244)),

Ashton, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 02-CV-6977)),

Tremsky, et.al. v. Bin Laden, et.al., (USDC (Southern District of New York) (Case No. 02-CV-7300)),

Burnett, et.al. v. Al Baraka Investment & Development Corp., et.al., (USDC (Southern District of New York) (Case No. 03-CV-9849)),

Burnett, et.al. v. Al Baraka Investment & Development Corp., et.al., (USDC (Southern District of New York) (Case No. 03-CV-5738)),

Federal Insurance Co., et.al. v. Al Qaida, et.al., (USDC (Southern District of New York) (Case No. 03-CV-6978)),

Barrera, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 03-CV-7036)),

Salvo, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 03-CV-5071)),

McGuine, et.al. v. The Islamic Republic of Pakistan, et.al., (USDC (Hawaii) (Case No. 04-CV-181)),

MFK, et.al. v. The Republic of Sudan, et.al., (USDC ((District of Columbia) (Case No. 04-CV-326)),

Joyce Aumu Ombese Abur, et.al. v. Osama Bin Laden, et.al., (USDC (District of Columbia) (Case No. 02-CV-1188)),

Schneider, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 02-CV-7209)),

Mayore Estates, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 02-CV-7214)),

Bauer, et.al. v. Al Qaeda Islamic Army, et.al., (USDC (Southern District of New York) (Case No. 02-CV-7236)),

Burlingame, et.al. v. Laden, et.al., (USDC (Southern District of New York) (Case No. 02-CV-7230)), and

Iwachiw v. Al Baraka Investment & Development Corp., (USDC (Southern District of New York) (Case No. 02-CV-7303)).

License No. SU-1201                                                      Page 3 of 3

**SECTION 2 - CONDITIONS:**  (a)  It is a condition of this License that payments to the Licensees for professional fees and reimbursement of expenses authorized by this License must originate directly from the Client and not from a source within the United States or within the possession or control of a U.S. person, including its overseas branches, and must not be made from a blocked account or from other blocked property.

(b)  It is a further condition of this license that License Number SU-1201 be referenced in all wire transfers conducted pursuant to this License.  Failure to quote this license number may result in the blocking or rejection of the funds transfer by a financial institution handling the transaction.

(c)  It is a further condition of this License that a copy of this License be submitted to the relevant court or any other decision-making body or forum.

**SECTION 3 - WARNING:**  (a)  Except as specifically and expressly authorized herein, nothing in this License authorizes transactions prohibited by the Regulations or by any other laws and regulations administered by the Office of Foreign Assets Control.

(b)  This License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property which is blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R., including the Regulations.

(c)  Nothing in this License authorizes the provision of services or the receipt of fees or reimbursement of expenses other than for the purposes delineated in **SECTION 1**, above.

**SECTION 4 - REPORTING REQUIREMENTS:**  (a)  Section 501.601 of the Reporting and Procedures Regulations requires that records on each transaction subject to this License be maintained available for examination for a minimum of five years following the transaction date.  See also 31 C.F.R. § 501.605 regarding reports on litigation, arbitration, and dispute resolution proceedings.

(b)  In the event of litigation or similar proceedings, the Licensees are required to submit copies of all pleadings, motions, memoranda, exhibits, stipulations, correspondence, and proposed orders or judgments (including any proposed final judgment or default judgment) submitted to the court or decision-making body, and of all orders, decisions, opinions, or memoranda issued by the court or decision-making body, to:  Chief Counsel's Office, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Annex, Washington, D.C. 20220, within ten days of filing, submission, or issuance.

(c)  In the event of litigation or similar proceedings, the Licensee is required to report by immediate telephone call or facsimile transmission to the Chief Counsel's Office, Office of Foreign Assets Control (tel: 202/622-2410; fax: 202/622-1911), the scheduling of any hearing or status conference in legal proceedings whenever it appears that a court or decision-making body may issue an order or judgment or default judgment or is considering or may decide any pending motion dispositive of the merits of an action or of any claim raised in an action.

**SECTION 5 - PRECEDENCE:**  The authorization contained in this License is limited to the facts and circumstances specific to the Application.
************************************************************************