UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| Plaintiffs, | ( |
| v. | ( Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF THE SUDAN, et al., | ( |
| Defendants. | ( |

### MEMORANDUM OF SUDAN DEFENDANTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants Republic of the Sudan and the Interior Ministry of the Republic of the Sudan (collectively "Sudan"), pursuant to LCvR 7(b) of the Local Rules of this Court, respectfully submit this memorandum in opposition to the Plaintiffs' September 9, 2004, motion ("Motion") for leave to file a Sur-Reply to the August 30, 2004 Reply Memorandum of Sudan Defendants to Plaintiffs' Memorandum in Opposition to Motion to Dismiss of Defendants Republic of Sudan and the Interior Ministry of Sudan ("Reply").

Plaintiffs' Motion should be denied. In the alternative, if Plaintiffs are permitted to file their proposed Sur-Reply, a copy of which has already been lodged with the Court as an attachment to Plaintiffs' Motion, Sudan asks leave to file the brief response to the Sur-Reply that is attached hereto.

1

I. NO SUR-REPLY IS WARRANTED BECAUSE THE MATTER UPON WHICH PLAINTIFFS SEEK LEAVE TO RESPOND WAS NOT FIRST RAISED IN SUDAN'S AUGUST 30, 2004 REPLY BUT INSTEAD BY PLAINTIFFS THEMSELVES IN THEIR OWN AUGUST 9, 2004 OPPOSITION.

Plaintiffs' attempted justification for filing a Sur-Reply is their assertion that Sudan raised a new argument in its August 30, 2004 Reply. The allegedly "new" argument is that Plaintiffs are relying on the theory that those who carried out 1998 embassy bombings were acting as agents of Sudan rather than on allegations that Sudanese officials acting within the scope of their authority provided "material support" that caused the bombings.

This attempted justification for the Sur-Reply is an attempt to re-write the history of the parties' briefs on the motion to dismiss. The matter upon which Plaintiffs seek leave to respond was raised by Plaintiffs themselves in their own August 9, 2004 opposition to Sudan's motion to dismiss. Sudan had pointed out in its March 10, 2004 memorandum in support of its motion to dismiss (at 5) that Plaintiffs' Amended Complaint contained no allegation that "the . . . 'provision of material support or resources' was done by a Sudanese official, employee, or agent acting within the scope of his office, employment, or agency." Plaintiffs' *sole* response to this argument was to quote the allegation in ¶ 70 of its Amended Complaint that "The actions of those who carried out the attack described, were within the scope of their agency on behalf of Defendants." August 9, 2004 Opposition, at 3. Thus, it was Plaintiffs themselves who introduced the proposition that their claim here is based solely on the theory that those who carried out the 1998 bombings were acting as agents of Sudan. In its Reply, Sudan merely responded to the position that Plaintiffs asserted.

Accordingly, Plaintiffs have no valid basis for filing a Sur-Reply because the argument to which they seek to respond was raised for the first time by Plaintiffs themselves and not by Sudan in its Reply.

2

II.  **IF PLAINTIFFS ARE PERMITTED TO FILE A SUR-REPLY, SUDAN SHOULD BE PERMITTED TO SUBMIT A BRIEF RESPONSE TO IT.**

Plaintiffs have submitted their proposed Sur-Reply as an attachment to their motion for leave to file it. If Plaintiffs are granted leave to file, Sudan should be permitted to file a brief response in the form attached hereto. Plaintiffs' proffered Sur-Reply contains arguments that Plaintiffs should have raised in their August 9, 2004 opposition. Although none of these arguments has merit, Sudan is entitled to the opportunity to respond to them.

Accordingly, if Plaintiffs are permitted to file their Sur-Reply, Sudan asks that it be permitted to file the response that is attached to this memorandum.

Alternative proposed orders are submitted with this memorandum in accordance with LCvR 7(c).

Respectfully submitted,

Knox Bemis (Bar No. 14852)
Martin Lutz (Bar No. 427634)

HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500

Counsel for Defendants
The Republic of the Sudan and the
Interior Ministry of the Republic of the
Sudan

August 30, 2004

3