UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>Defendants. | Civil Action No. 01-2244 (JDB) |

## ORDER

Upon consideration of [49] the Sudan defendants' motion to dismiss, [53] plaintiffs' motion to strike the motion to dismiss, [59] & [60] plaintiffs' motions requesting leave to take the depositions of John E. Cloonan and Timothy Michael Carney, [71] plaintiffs' motion to strike the affidavits of John E. Cloonan and Timothy Michael Carney, [96] plaintiffs' motion for jurisdictional discovery, and [97] plaintiffs' motion for issuance of letters rogatory, and the entire record in this case, and for the reasons set out in the accompanying Memorandum Opinion issued on this date, it is this 29th day of March, 2005, hereby

**ORDERED** that the Sudan defendants' motion to dismiss is denied; it is further

**ORDERED** that plaintiffs' motion to strike the motion to dismiss is denied; it is further

**ORDERED** that plaintiffs' motions requesting leave to take the depositions of John E. Cloonan and Timothy Michael Carney are denied; it is further

**ORDERED** that plaintiffs' motion to strike the affidavits of John E. Cloonan and Timothy Michael Carney is denied; it is further

**ORDERED** that plaintiffs' motion for jurisdictional discovery is denied; it is further

**ORDERED** that plaintiffs' motion for issuance of letters rogatory is denied; it is further

**ORDERED** that plaintiffs shall submit an amended complaint consistent with the accompanying Memorandum Opinion by not later than May 9, 2005; and it is further

**ORDERED** that a status conference is set for April 20, 2005, at 9:15 a.m.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Thomas Fortune Fay
601 Pennsylvania Avenue, N.W.
No. 900 – South Building
Washington, DC 20004
(202) 638-4534

Steven R. Perles
1615 New Hampshire Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 745-1300

Douglas K. Bemis, Jr.
John F. Dienelt
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006
(202) 955-1886