## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES OWENS, et al.,** | |
| **Plaintiffs,** | |
| v. | **Civil Action No.  01-2244 (JDB)** |
| **REPUBLIC OF SUDAN, et al.,** | |
| **Defendants.** | |

### ORDER

Upon consideration of the status conference held on this date, and the entire record in this case, it is this  20th  day of April, 2005, hereby

**ORDERED** that the May 8, 2003, entry of default against the Republic of Sudan and the Ministry of the Interior of the Republic of Sudan is **VACATED** for the reasons stated in the Memorandum Opinion of March 29, 2005; it is further

**ORDERED** that plaintiffs shall submit any briefing on issues relating to service by not later than April 27, 2005; and it is further

**ORDERED** that a status call is scheduled for September 9, 2005, at 9:00 a.m.


_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge

Copies to:

Thomas Fortune Fay
601 Pennsylvania Avenue, N.W.
No. 900 – South Building
Washington, DC 20004
(202) 638-4534

Steven R. Perles
1615 New Hampshire Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 745-1300

Douglas K. Bemis, Jr.
John F. Dienelt
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006
(202) 955-1886