UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., | ( |
| | ( |
| Plaintiffs, | ( |
| | ( |
| v. | ( Civil Action No. 01-2244 (JDB) |
| | ( |
| REPUBLIC OF SUDAN, | ( |
| INTERIOR MINISTRY OF THE | ( |
| REPUBLIC OF THE SUDAN, et al., | ( |
| | ( |
| Defendants. | ( |

**NOTICE OF APPEAL**

Notice is hereby given that the Republic of the Sudan and the Interior Ministry of the Republic of the Sudan (collectively "Sudan") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order denying Sudan's motion to dismiss entered in this action on the 29th day of March, 2005.

Respectfully submitted,

D. Knox Bemis (Bar No. 14852)

Attorney for the Republic of the
    Sudan and the Interior Ministry
    of the Republic of the Sudan

HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500

April 28, 2005

**RECEIVED**

APR 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT