UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES OWENS, *et al.*, | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | No. 05-5173 |
| | ) | |
| REPUBLIC OF SUDAN, INTERIOR MINISTRY OF THE REPUBLIC OF SUDAN, *et al.*, | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

**JOINT STATUS REPORT**

Plaintiffs-Appellees James Owens, *et al.*, and Defendants-Appellants, Republic of Sudan and the Interior Ministry of the Republic of Sudan, file this joint status report pursuant to the August 24, 2005 Order of this Court.

The status of the case before the District Court remains unchanged. Defendants-Appellants' pending motion to dismiss has been fully briefed and the Parties are awaiting a date assignment for a hearing on the motion. As requested, the above-noted parties will serve a copy of this status report on the District Court Judge.

This joint status report was due to be filed on December 27, 2005. The next joint status report is due on February 27, 2006.

Respectfully submitted,

Knox Bemis
Hunton & Williams LLP
1900 K Street, NW

Washington, DC 20006-1109
(202) 955-1500

Counsel for Defendants-Appellants

***Steven R. Perles /s/***
Steven R. Perles
Unified Bar No. 326975
Edward MacAllister
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(202) 955-9055

Counsel for Plaintiffs-Appellees

January 25, 2006