UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>Defendants. | Civil Action No.  01-2244 (JDB) |

### ORDER

Upon consideration of [114] the motion to dismiss all claims in the Third Amended Complaint against the Republic of Sudan and its Ministry of the Interior for want of subject-matter jurisdiction and failure to state a claim upon which relief can be granted, as well as the memoranda of the parties and the entire record herein, and for the reasons stated in the memorandum opinion issued herewith, it is this 26th day of January, 2006, hereby

**ORDERED** that the motion to dismiss is **DENIED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Thomas Fortune Fay
601 Pennsylvania Avenue, NW, Suite 900 South
Washington, DC  20004
Email: thomasfay@aol.com

Steven R. Perles
Tuna Mecit
LAW OFFICES OF FAY & PERLES
700 Fifth Street, NW, Suite 200
Washington, DC  20001
Email: sperles@perleslaw.com
Email: t_mecit@yahoo.com

Ronald Alvin Karp
KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.
2273 Research Blvd.
Rockville, MD  20850-4304
Email: rkarp@karpfrosh.com

>    *Counsel for plaintiffs*

Douglas K. Bemis, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC  20006
Email: kbemis@hunton.com

>    *Counsel for the Sudan defendants*