UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES OWENS, *et al.*, ) | | |
| ) | | |
| Plaintiffs-Appellees, ) | | |
| ) | | |
| v. ) | No. 05-5173 | |
| ) | | |
| REPUBLIC OF THE SUDAN, ) | | |
| INTERIOR MINISTRY OF THE ) | | |
| REPUBLIC OF THE SUDAN, *et al.*, ) | | |
| ) | | |
| Defendants-Appellants. ) | | |

## JOINT STATUS REPORT

Defendants-Appellants, Republic of the Sudan and the Interior Ministry of the Republic of the Sudan, and Plaintiffs-Appellees, James Owens, *et al.*, file this joint status report pursuant to the August 24, 2005 order of this Court.

This appeal commenced with Defendants-Appellants' April 28, 2005 notice of appeal of the March 29, 2005 order of the U.S. District Court for the District of Columbia that denied Defendants-Appellants' motion to dismiss Plaintiffs-Appellees' Second Amended Complaint for lack of subject matter jurisdiction based on sovereign immunity under 28 U.S.C. § 1605(a)(7). The District Court's March 29, 2005 order also directed Plaintiffs-Appellees to file an amended complaint because, *inter alia*, the allegations set forth in the Second Amended Complaint were not sufficiently specific to support the applicability of the § 1605(a)(7) exception. Accordingly, on May 3, 2005, Plaintiffs-Appellees filed their Third Amended Complaint, and on June 24, 2005, Defendants-Appellants moved to dismiss this amended complaint on the ground of lack of subject matter jurisdiction based on sovereign immunity under § 1605(a)(7). Thereafter, on

August 24, 2005, on the joint motion of Defendants-Appellants and Plaintiffs-Appellees, this Court ordered this appeal held in abeyance pending action by the District Court on Defendants-Appellants' June 24, 2005 motion to dismiss.

The District Court has now issued, on January 26, 2006, its order denying Defendants-Appellants' June 24, 2005 motion to dismiss Plaintiffs-Appellees' Third Amended Complaint. On February 24, 2006, Defendants-Appellants filed their notice of appeal of the January 26, 2006 order with the District Court. After this new appeal is docketed, Defendants-Appellants anticipate they will move to have the two appeals consolidated and will request that this Court vacate its order holding this case in abeyance.

As requested, the above-noted parties will serve a copy of this status report on the District Court Judge. The next joint status report, if necessary, is due on April 28, 2006.

Respectfully submitted,

Knox Bemis
Thomas R. Snider
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006-1109
(202) 955-1500

Counsel for Defendants-Appellants

*Steven R. Perles /s/*
Steven R. Perles
Unified Bar No. 326975
Edward MacAllister
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(202) 955-9055

February 27, 2006

Counsel for Plaintiffs-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2006, one copy of the foregoing Joint Status Report was served by first-class mail upon the following:

R. Craig Lawrence
U.S. Attorney's Office
Civil Appellate
555 4th Street, N.W.
Washington, D.C. 20530
**For Harley G. Lappin, Director**
    **of Federal Bureau of Prisons and**
    **Federal Bureau of Prisons**

Knox Bemis