# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES OWENS, *et al.*,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>REPUBLIC OF THE SUDAN,<br>INTERIOR MINISTRY OF THE<br>REPUBLIC OF THE SUDAN, *et al.*,<br><br>        Defendants-Appellants. | No. 05-5173 and<br>No. 06-5079<br>(Consolidated) |

## JOINT STATUS REPORT

Defendants-Appellants, Republic of the Sudan and the Interior Ministry of the Republic of the Sudan, and Plaintiffs-Appellees, James Owens, *et al.*, file this joint status report pursuant to the August 24, 2005 order of this Court.

The notice of appeal in No. 05-5173 was filed on April 28, 2005, as a protective appeal. Pursuant to the joint motion of Defendants-Appellants and Plaintiffs-Appellees citing further proceedings contemplated in the District Court, this Court on August 24, 2005, ordered that No. 05-5173 be held in abeyance.

On January 26, 2006, the District Court entered an order denying the motion of Defendants-Appellants to dismiss Plaintiffs-Appellees' amended complaint. On February 24, 2006, Defendants-Appellants filed a notice of appeal of the January 26, 2006 order with the District Court, and on March 23, 2006, the appeal was docketed in this Court as No. 06-5079. On March 24, 2006, this Court ordered on its own motion that Nos. 05-5173 and 06-5079 be consolidated. Because no further proceedings are contemplated in the District Court, there is no

reason to continue to hold No. 05-5173 in abeyance, and it is appropriate that the consolidated appeal proceed.

As requested, the above-noted parties will serve a copy of this joint status report on the District Court Judge. This joint status report was due on May 1, 2006. The next joint status report, if necessary, is due on June 30, 2006.

Respectfully submitted,

Knox Bemis
Thomas R. Snider
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006-1109
(202) 955-1500

Counsel for Defendants-Appellants

*Steven R. Perles /s/*
Steven R. Perles
Unified Bar No. 326975
Edward MacAllister
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(202) 955-9055

Counsel for Plaintiffs-Appellees

June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2006, one copy of the foregoing Joint Status Report was served by first-class mail upon the following:

R. Craig Lawrence
U.S. Attorney's Office
Civil Appellate
555 4th Street, N.W.
Washington, D.C. 20530
**For Harley G. Lappin, Director**
  **of Federal Bureau of Prisons and**
  **Federal Bureau of Prisons**

Knox Bemis