IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF THE SUDAN AND INTERIOR MINISTRY OF THE REPUBLIC OF THE SUDAN,<br><br>Defendants,<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Civil Action No. 01-2244 (JDB) |

## MOTION OF DOUGLAS K. BEMIS, JR. TO LODGE THE ATTACHED ORDER WITH THE COURT

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, the undersigned counsel, Douglas K. Bemis, Jr., moves to lodge with the Court the attached Order of the U.S. Court of Appeals for the District of Columbia Circuit dated December 27, 2007, a copy of which is attached. The grounds for this motion are set forth in the attached memorandum of points and authorities, and a proposed order is submitted with the motion.

Respectfully submitted,

Douglas K. Bemis, Jr. (#14852)
1101 New York Avenue N.W.
Suite 1100
Washington, D.C. 20005-4213
Telephone: (202) 986-8000
Direct: (202) 986-8035
Facsimile: (202) 956-8230

Dated: January 10, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| REPUBLIC OF THE SUDAN AND ) | Civil Action No. 01-2244 (JDB) |
| INTERIOR MINISTRY OF THE ) | |
| REPUBLIC OF THE SUDAN, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM IN SUPPORT OF MOTION
## TO LODGE WITH THE COURT THE DECEMBER 27, 2007 ORDER OF
## THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

On November 26, 2007, the undersigned counsel, Douglas K. Bemis, Jr. ("Movant"), filed with this Court a motion for leave to withdraw as counsel for The Republic of the Sudan and the Interior Ministry of The Republic of The Sudan ("Sudan Defendants") in this proceeding. As stated in the memorandum in support of the motion (p. 9), Movant had also filed, on November 13, 2007, a motion for leave to withdraw as counsel for the Sudan Defendants following oral argument in *James Owens, et al. v. Republic of the Sudan and Interior Ministry of the Republic of the Sudan*, No. 05-5173 and No. 06-5079, U.S. Court of Appeals for the District of Columbia Circuit, the consolidated interlocutory appeals of two orders of this Court denying the Sudan Defendants' motions to dismiss. The grounds for Movant's motion to withdraw from the Court of Appeals proceeding were substantially the same as the grounds for Movant's motion to withdraw as counsel for the Sudan Defendants in the proceeding before this Court.

On December 27, 2007, the Court of Appeals granted Movant's motion to withdraw as counsel for the Sudan Defendants following oral argument, as well as the motion of Hunton & Williams LLP to withdraw as counsel for the Sudan Defendants. Because the issues in the motion in the appellate case are closely related to the issues in Movant's motion in this case, Movant asks that the Court permit the attached Order of the Court of Appeals to be lodged with this Court.

Movant has had no communication from the Sudan Defendants since filing his motion for leave to withdraw in this Court and serving upon the Sudan Defendants the notice required by Local Civil Rule 83.6(c) on November 26, 2007.

Counsel for plaintiffs has authorized Movant to state that plaintiffs have no objection to this motion.

Wherefore, Movant asks that the Court permit the attached Order of the Court of Appeals to be lodged with this Court.

> Respectfully submitted,
>
> Douglas K. Bemis, Jr. (#14852)
> 1101 New York Avenue N.W.
> Suite 1100
> Washington, D.C. 20005-4213
> Telephone: (202) 986-8000
> Direct: (202) 986-8035
> Facsimile: (202) 956-8230

Dated: January 10, 2008

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5173**  **September Term, 2007**

01cv02244

**Filed On:**

James Owens, et al.,
    Appellees

v.

Republic of the Sudan and Interior Ministry of the Republic of the Sudan,
    Appellants

Islamic Republic of Iran,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
DEC 27 2007
CLERK

---

Consolidated with 06-5079

**BEFORE:** Rogers, Garland, and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion by Hunton & Williams LLP to withdraw as counsel, and the motion by Knox Bemis to withdraw as counsel following oral argument, it is

**ORDERED** that the motions be granted. The submissions in support of the motions indicate that appellants have failed to communicate with counsel and demonstrate that withdrawal will not have a material adverse effect on appellants' interests. See D.C. Rule of Professional Conduct 1.16(b).

**Per Curiam**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REPUBLIC OF THE SUDAN AND )<br>INTERIOR MINISTRY OF THE )<br>REPUBLIC OF THE SUDAN, )<br>)<br>Defendants, )<br>)<br>ISLAMIC REPUBLIC OF IRAN, )<br>)<br>Defendant. )<br>) | Civil Action No. 01-2244 (JDB) |

## ORDER

Upon consideration of the unopposed Motion of Douglas K. Bemis, Jr., to lodge Order, it is hereby:

Ordered that the Motion is granted and the December 27, 2007 Order of the U.S. Court of Appeals for the District of Columbia Circuit is lodged with this Court.

                                                               Judge John D. Bates
                                                              United States District Court
                                                              For the District of Columbia

Entered: _____

## CERTIFICATE OF SERVICE

    I, Douglas Knox Bemis Jr., do hereby certify that on this 10th day of January, 2008, I served a copy of the foregoing MOTION OF DOUGLAS K. BEMIS, JR. TO LODGE by U.S. Mail, postage prepaid to:

R. Craig Lawrence
U.S. Attorney's Office
Civil Appellate
555 4th Street, N.W.
Washington, DC  20530
**For Harley G. Lappin,**
   **Director of Federal Bureau of Prisons**
   **and Federal Bureau of Prisons**

By: _____
Douglas Knox Bemis, Jr.
1101 New York Avenue, NW
Suite 1100
Telephone: (202) 986-8035
Facsimile: (202) 956-3230