UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES OWENS, et al.,** ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> **REPUBLIC OF THE SUDAN AND** ) <br> **INTERIOR MINISTRY OF THE** ) <br> **REPUBLIC OF THE SUDAN,** ) <br> **Defendants,** ) <br> ) <br> **ISLAMIC REPUBLIC OF IRAN,** ) <br> **Defendant.** ) <br> ) | **Civil Action No. 01-2244 (JDB)** |

## STATUS REPORT
## PURSUANT TO THE COURT'S ORDER OF AUGUST 26, 2008

The undersigned counsel for the Republic of the Sudan and the Interior Ministry of the Republic of the Sudan (the "Sudan Defendants") hereby files this Status Report as directed by this Court's Order of August 26, 2008.

**Pending Motions.**

On February 15, 2008, Plaintiffs (James Owens, et al.) moved for partial reconsideration of that portion of this Court's March 29, 2005 Order in this proceeding that, according to Plaintiffs, dismissed Plaintiffs' claims under a federal cause of action for compensatory and punitive damages against the Sudan Defendants.[1] Also on February 15, 2008, by separate motion, Plaintiffs moved for leave to amend their

---

[1] Plaintiffs' Motion for Partial Reconsideration of Court's March 29, 2005 Order, filed Feb. 15, 2008 (Docket No. 132).

complaint by filing their Fourth Amended Complaint.[2]  Both Plaintiffs' motions are based on legislation that became effective January 28, 2008 – i.e., § 1083 of the National Defense Authorization Act for Fiscal Year 2008, Pub. L. No. 110-181, 122 Stat. 3, which made extensive changes in the provisions of the Foreign Sovereign Immunities Act that govern actions against foreign sovereigns such as the Sudan Defendants based upon alleged support for terrorist activities.

In view of the interlocutory appeals then pending in this case, *James Owens, et al. v. Republic of the Sudan, et al.,* Nos. 05-5173 and 06-5079, and in view of the fact that the undersigned counsel had received no instructions from the Sudan Defendants, this Court extended the time within which the Sudan Defendants were permitted to respond to Plaintiffs' motions until fifteen days after the D.C. Circuit acted.  On July 11, 2008, the Court of Appeals handed down its decision, denying the appeals of the Sudan Defendants, affirming this Court's denial of the Sudan Defendants' motion to dismiss and remanding the case to this Court for further proceedings.  *Owens v. Republic of the Sudan*, 531 F.3d 884 (D.C. Cir. 2008).  On July 28, 2008, the undersigned counsel reported to this Court that he had received no instructions from the Sudan Defendants with respect to the motions and therefore could not state any position on their behalf with respect to the two motions.

In addition to the two pending motions of Plaintiffs, the undersigned counsel moved on November 26, 2007, to withdraw as counsel for the Sudan Defendants, and on March 28, 2008, filed a renewed motion to withdraw.  The Sudan Defendants have not responded either to the motion for withdrawal or the renewed motion.

---

[2]  Plaintiffs' Motion for Leave to File Amended Complaint, filed Feb. 15, 2008 (Docket No. 131).

**Recent Events.**

On August 26, 2008, this Court ordered:

> It is hereby ORDERED that defendants shall file any oppositions to the pending motions in this case by not later than September 29, 2008. If counsel for the Sudan defendants does not receive instructions from the Sudan defendants by that time, he shall file a status report by not later than September 29, 2008, to so inform the Court.

The undersigned counsel promptly transmitted the Court's August 26, 2008 Order to H. E. Abd Eldaaem Mohamed Ali Zomrawi, Undersecretary, Ministry of Justice, the designated contact in the Sudan Government for the undersigned counsel.

For more than a year prior to the August 26, 2008 Order, counsel had received no communication from the Sudan Government. However, in response to the transmittal of the August 26, 2008 Order, counsel received on September 1, 2008, a letter of inquiry from a colleague of Undersecretary Zomrawi on the Undersecretary's behalf with respect to the proceeding. The letter of September 1, 2008, contained no instructions with respect to the Sudan Defendants' response to the motions. On September 10, 2008, counsel responded to the September 1, 2008, inquiry.

The undersigned counsel has received no communication from the Sudan Defendants since the letter of September 1, 2008. Counsel wrote a follow-up letter on September 22, 2008 requesting a report on the position of the Sudan Defendants, but counsel has received no further communication from the Sudan Government.

Thus, the undersigned counsel has not received instructions as to the position of the Sudan Defendants on the motions pending in this proceeding.

4

       Respectfully submitted,

        /s/  Douglas K. Bemis, Jr.

Douglas K. Bemis, Jr.
Bar No. 14852
1101 New York Avenue, N.W.
Suite 1100
Washington, DC  2005
(202) 346-8035
(202) 956-3230 (Fax)

September 29, 2008