UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>    Defendants. | Civil Action No.  01-2244 (JDB) |

### ORDER

A number of motions are currently pending before the Court.[1]  Based on the conference with the Court held on this date, the parties' several memoranda in support of the motions, the governing law, and the entire record herein, it is hereby **ORDERED** as follows:

1. [129] Douglas K. Bemis, Jr.'s motion to withdraw as attorney for defendants is

    **GRANTED**.

2. [130] Douglas K. Bemis, Jr.'s motion to lodge the attached order with the court,

    and [138] Douglas K. Bemis, Jr.'s renewed motion to withdraw as counsel for

    defendants are both **DENIED AS MOOT**.

3. [143] Steven Perles's motion for order permitting withdrawal as plaintiffs' counsel

---

[1] Plaintiffs have represented that among the motions currently pending before the Court are the following:  [15] application by plaintiffs for writ of habeas corpus, [59] plaintiffs' motion to take deposition from Michael Carney, [60] plaintiffs' motion to take deposition from John E. Cloonan, [97] plaintiffs' motion for issuance of letters rogatory, and [117] plaintiffs' motion to consolidate cases.  Based upon the Court's review of the docket, it appears that all of the foregoing motions -- with the exception of [15] -- have been denied or terminated, and are not currently pending.  To the extent that plaintiffs wish to renew any of these motions at this time, including [15], they are directed to do so pursuant to Paragraph 6 of this Order.

      is **GRANTED**.

4. [131] Plaintiffs' motion for leave to file the fourth amended complaint is **GRANTED**. The Clerk of the Court shall docket plaintiffs' fourth amended complaint (Docket No. 131, Attachment #3) forthwith, and the fourth amended complaint shall be considered filed as of this date.

5. [132] Plaintiffs' motion for partial reconsideration of the Court's March 29, 2005 Order is **DENIED AS MOOT**.

6. Plaintiffs shall file any motions requesting specific discovery or consolidation of related cases (for a determination of liability only) by not later than February 16, 2009. Responses will be due by not later than March 18, 2009.

7. The parties shall appear for a status conference on April 17, 2009 at 9:30 a.m. in Courtroom 8.

**SO ORDERED**.

                                             /s/ John D. Bates
                                              JOHN D. BATES
                                       United States District Judge

Dated: January 26, 2009