**EXHIBIT A**

HR 1585, 110 Congress

Conference Report Filed In The House

(Sec. 1083) States that a foreign state shall not be immune from an action in a U.S. court in any case in which money damages are sought for personal injury or death that was caused by an act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for any such act engaged in by an official, employee, or agent of such foreign state while acting within the scope of such office, employment, or agency. Allows a U.S. court to hear such a claim if: (1) the foreign state was designated as a state sponsor of terrorism at the time the act occurred; (2) the claimant was a U.S. national, member of the Armed Forces, or employee of the government acting within the scope of such employment; (3) the claimant has afforded the foreign state a reasonable opportunity to arbitrate the claim; or (4) the claim is related to a specified case concerning the taking of American hostages by Iran in 1979. Requires actions to brought no later than the latter of ten years after: (1) April 24, 1996, or (2) the cause of action arose. Allows: (1) a private right of action by such a claimant; and (2) U.S. courts to appoint special masters to hear such claims. Allows claimants to establish a lien of lis pendens on a foreign state's real property or tangible personal property that is subject to execution or attachment under provisions of the Foreign Sovereign Immunities Act (FSIA). Gives claimants who obtain a judgment against a foreign state recourse to the foreign state's property for execution of such judgment. Provides that a foreign state's property shall not be immune to execution upon judgment due to the property being regulated by the U.S. government under the Trading With the Enemy Act or the International Emergency Economic Powers Act due to the sovereign immunity of the United States. Provides application to pending cases and related actions.