
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Owens, et al. | § | |
|     Plaintiffs, | § | |
| v. | § | CIVIL NO. 1:01-cv-02244 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
|     Defendants. | § | |
| | § | |
| Judith Abasi Mwila, et al. | § | |
|     Plaintiffs | § | |
| v. | § | CIVIL NO. 1:08-cv-01377 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
|     Defendants | § | |
| | § | |
| Rizwan Khaliq, et al. | § | |
|     Plaintiffs | § | |
| v. | § | CIVIL NO. 1:10-cv-0356 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
|     Defendants | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Asim Ghafoor of Law Office of Asim Ghafoor, 1101 30th Street NW, Suite 500, Washington, DC 20007, hereby appears to represent the Republic of Sudan, and its agencies and instrumentalities including the Ministry of Interior for the Republic of Sudan, among others who are Defendants in these matters.

Dated: April 28, 2014

Respectfully submitted,

_____
Asim AR Ghafoor
Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076
asim@glawoffice.com

Attorney, Republic of Sudan, Ministry of Interior for the Republic of Sudan