# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Owens, et al. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 1:01-cv-02244 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
| Defendants. | § | |
| | § | |
| Judith Abasi Mwila, et al. | § | |
| Plaintiffs | § | |
| v. | § | CIVIL NO. 1:08-cv-01377 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
| Defendants | § | |
| | § | |
| Rizwan Khaliq, et al. | § | |
| Plaintiffs | § | |
| v. | § | CIVIL NO. 1:10-cv-0356 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
| Defendants | § | |

## DEFENDANTS' REPUBLIC OF SUDAN AND MINISTRY OF INTERIOR OF SUDAN
### <u>NOTICE OF APPEAL</u>

Notice is hereby given this 28th day of April, 2014 that Defendants Republic of Sudan and Ministry of Interior for the Republic of Sudan hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgments of this Court [ECF Documents 305, 88 and 90, respectively] entered on April 11, 2104, March 28, 2014 and March 28, 2014, respectively, in favor of the above-named Plaintiffs against the Republic of Sudan and Ministry of Interior for the Republic of Sudan.

Respectfully submitted,

_____

Asim AR Ghafoor
Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076

asim@glawoffice.com

Attorney, Republic of Sudan, Ministry of Interior for the Republic of Sudan

TO:    Clerk of the Court
United States Court of Appeals
District of Columbia Circuit
333 Constitution Avenue NW
Washington, DC 20001