# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al. <br>     **Plaintiffs** <br> v. <br> REPUBLIC OF SUDAN, et. al. <br>     **Defendants** | Civil No. 1:01-CV-02244(JDB) <br> Judge John D. Bates |
| JUDITH ABASI MWILA, et. al. <br>     **Plaintiffs** <br> v. <br> THE ISLAMIC REPUBLIC OF IRAN, et. al. <br>     **Defendants** | Civil No.1:08-CV-01377(JDB) <br> Judge John D. Bates |
| RIZWAN KHALIQ, et. al. <br>     **Plaintiffs** <br> v. <br> THE ISLAMIC REPUBLIC OF IRAN, et. al. <br>     **Defendants** | Civil no. 1:10-CV-0356(JDB) <br> Judge John D. Bates |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the attached Order of Judgment and Memorandum Opinion against defendants by personal service via international shipper DHL to the following defendants: the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

I, the undersigned, counsel of record for plaintiff(s), hereby certify that I caused the attached Order of Judgment and Memorandum Opinion against defendants to be translated into Farsi – the native language of these defendants.

This request is made pursuant to the provisions of 28 U.S.C. 1608(a)(3) and this method of service is authorized by the domestic law of the United States.

|  |  |
|---|---|
| **May 8, 2014** | **Respectfully Submitted,** |
| | **FAY KAPLAN LAW, PA** |

By: _____
**William Coleman Dowden, III (Bar # MD18451)**
**777 Sixth Street, NW**
**Suite 410**
**Washington, DC 20001**
**(202) 589-1300**
**(202) 589-1721 (fax)**
**Cole.dowden@faykaplanlaw.com**
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2014, copies of the foregoing Affidavit Requesting Foreign Mailing were sent electronically to all attorneys of record via the ECF system.

_____
William Coleman Dowden, IIII