IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Owens, et al. | § | |
|     Plaintiffs, | § | |
| v. | § | CIVIL NO. 1:01-cv-02244 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
|     Defendants. | § | |
| | § | |
| Judith Abasi Mwila, et al. | § | |
|     Plaintiffs | § | |
| v. | § | CIVIL NO. 1:08-cv-01377 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
|     Defendants | § | |
| | § | |
| Rizwan Khaliq, et al. | § | |
|     Plaintiffs | § | |
| v. | § | CIVIL NO. 1:10-cv-0356 (JDB) |
| | § | |
| Islamic Republic of Iran, et al. | § | |
|     Defendants | § | |

## TRANCRIPT ORDER

Pursuant to the US Court of Appeals for the District of Columbia local Federal Rule of Appellate Procedure 10(b)(1)(A)(iii), counsel for Defendant Republic of Sudan hereby files with the district clerk a copy of the transcript order made today for the consolidated appeal of the above-styled cases in the US Court of Appeals for the District of Columbia, 14-5105.

Dated: May 19, 2014

Respectfully submitted,

_____
Asim AR Ghafoor
Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076
asim@glawoffice.com

Attorney, Republic of Sudan, Ministry of Interior for the Republic of Sudan