UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLUMBIA**

JAMES OWENS, et. al.

Plaintiffs

Civil No.1:01CV02244
Judge John D. Bates

REPUBLIC OF SUDAN, et. al.

Defendants

## FILING OF SPECIAL MASTER:
## REPORT OF EXPERT STEVEN A. WOLF

In accordance with the Order of Reference entered pursuant to the

provisions of Federal Rule 53, the Special Master has received evidence with

regard to all issues of compensatory damages from all assigned witnesses in this

matter and all Special Master Reports have been filed with this Court.

The Special Master hereby files the attached Expert Report of Steven A.

Wolf. This report details the loss of accretions to the estate of each person. These

calculations are detailed and have been established pursuant to sound guidelines

without question and the report was received into evidence and assisted the

Special Master in making determinations of damages.

Date: October 3, 2014                          /s/ Paul G. Griffin
                                               Paul G. Griffin, Esq.
                                               Special Master



# United States District Court
# For The District of Columbia

### Civil Action No. 01-2244 (JDB)

*In Re: James Owens, et al.,*
Plaintiffs,

**vs.**

*Republic of Sudan, et al.,*
Defendants.

**Report of Steven A. Wolf**
**October 29, 2012**

1020 19th Street, NW
Washington, DC 20036

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................ 1

BACKGROUND INFORMATION ..................................................................................... 2

SCOPE OF ANALYSIS ...................................................................................................... 2

    SUMMARY OF LOSSES ......................................................................................................... 3

METHODOLOGY AND APPROACH ............................................................................... 3

ASSUMPTIONS ................................................................................................................. 5

    GROWTH RATE ..................................................................................................................... 5
    WORK-LIFE EXPECTANCY ................................................................................................... 6
    LIFE EXPECTANCY ................................................................................................................ 6
    INDIVIDUAL INCOME TAX RATE .......................................................................................... 6
    INTEREST RATE AND DISCOUNT RATE ................................................................................ 6
    MID-YEAR CONVENTION ...................................................................................................... 7

SALARIES AND WAGES .................................................................................................. 7

FRINGE BENEFITS ........................................................................................................... 8

MITIGATION OF ECONOMIC LOSS .............................................................................. 8

ANALYSIS OF PLAINTIFFS' ECONOMIC LOSSES ..................................................... 9

    ALIGANGA, NATHAN ........................................................................................................... 9
    BARTLEY, JR., JULIAN .......................................................................................................... 9
    BARTLEY, SR., JULIAN ........................................................................................................ 10
    DALIZU, JEAN ..................................................................................................................... 10
    HARDY, MOLLY ................................................................................................................. 11
    HOBSON, KENNETH ............................................................................................................ 11
    KAVALER, PRABHI GUPTARA .............................................................................................. 12
    KIRK, ARLENE .................................................................................................................... 12
    MARTIN, MARY .................................................................................................................. 13
    O'CONNER, MICHELLE ....................................................................................................... 13
    OLDS, SHERRY .................................................................................................................... 14

**Steven A. Wolf**
-   Curriculum Vitae                                    Appendix A
-   Expert Testimony and Publications          Appendix B
-   Documents Reviewed                           Appendix C


**LOSS ANALYSIS** ........................................................................ **SCHEDULES 1-11**

## Introduction

Capstone has been retained by Crowell & Moring LLP ("Counsel") on behalf of the estates of individuals killed, ("Plaintiffs") as a result of the August 7, 1998 bombing of the U.S. Embassy in Nairobi, Kenya ("the Bombing") to calculate Plaintiffs' economic damages resulting from the Bombing. Specifically, Capstone was asked to determine the dollar amount of each individual's income loss directly attributable to his or her death caused by the Bombing. Capstone reserves the right to revise, modify, amend and/or supplement any conclusions or findings if and when additional information becomes available or is appropriate.

I, Steven A. Wolf, am an Executive Director of the Washington, DC financial services practice of Capstone Advisory Group, LLC ("Capstone"), an international multi-disciplined professional services firm with leading practices in litigation dispute consulting, financial restructuring advisory and business valuation, and offices in strategic cities in the United States and Latin America. Our staff of over 100 employees includes professionals with expert credentials in accounting, valuation, finance, economics, turnaround management and fraud investigation.

Appendix A is my curriculum vitae. Appendix B is my disclosure of previous expert testimony and publications. I have previously provided expert testimony regarding economic loss in similar terrorism cases, including *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105 (D.D.C. 2005); *Dammarell v. Islamic Republic of Iran*, No. 01-2224, 2006 WL 2583043 (D.D.C. Sept. 7, 2006); *Pugh v. Socialist Peoples' Libyan Arab*

*Jamahirya*, 530 F. Supp. 2d 216 (D.D.C. 2008); and *Estate of John Doe, et al. v. The Islamic Republic of Iran*, et al., Civ. No. 08-0540 (D.D.C.) (JDB/JMF).

At my direction, Capstone has performed certain procedures described herein to assess losses, if any, resulting from the actions of the Defendants, Republic of Sudan, Ministry of the Interior of the Republic of the Sudan, The Islamic Republic of Iran, and the Iranian Ministry of Information and Security (collectively, "Defendants").   This report does not address non-economic losses and claims, such as pain and suffering, loss of consortium or solatium.

## Background Information

The 1998 United States embassy bombings were a series of attacks that occurred on August 7, 1998, in which hundreds of people were killed in simultaneous truck bomb explosions at the United States embassies in the East African capitals of Dar es Salaam, Tanzania, and Nairobi, Kenya.  In Nairobi, approximately 212 people were killed, and an estimated 4,000 wounded; in Dar es Salaam, the attack killed at least 11 and wounded 85. Although the attacks were directed at American facilities, the vast majority of casualties were local citizens, with 12 Americans killed.

## Scope of Analysis

The Plaintiffs seek to recover economic losses primarily resulting from lost wages.   The extent of their losses extends beyond the period of the Bombing and continues to accrue throughout each individual's anticipated remaining work-life expectancy.   The value of any death benefits, out-of-pocket funeral costs and other

2

expenses related to this matter has not been quantified due to limited information available.

## Summary of Losses

At this time, the economic losses for individual victims killed in the attacks are presented herein.  A summary of each individual's calculated economic loss follows:

| Name | Status | Total Loss (rounded) | Schedule |
|---|---|---|---|
| Aliganga, Nathan | Killed | $914,000 | 1 |
| Bartley, Jr., Julian | Killed | $2,522,000 | 2 |
| Bartley, Sr., Julian | Killed | $1,687,000 | 3 |
| Dalizu, Jean | Killed | $227,000 | 4 |
| Hardy, Molly | Killed | $1,235,000 | 5 |
| Hobson, Kenneth | Killed | $966,000 | 6 |
| Kavaler, Prabhi Guptara | Killed | $1,775,000 | 7 |
| Kirk, Arlene | Killed | $543,000 | 8 |
| Martin, Mary | Killed | $2,339,000 | 9 |
| O'Conner, Michelle | Killed | $2,196,000 | 10 |
| Olds, Sherry | Killed | $1,157,000 | 11 |

## Methodology and Approach

The basic methodology used to calculate each individual's economic loss claim was to quantify the difference between projected income had the Bombing not occurred (i.e., wages and other sources of income) and actual or mitigating income, if applicable.[1] The economic loss includes both lost income from August 7, 1998 through October 29,

---

[1] It is assumed that each individual would have continued to work in his or her existing or equivalent professional capacity through his or her work life expectancy, unless otherwise noted.

2012, and future lost income through each individual's anticipated work-life expectancy. Historical earnings, economic statistics and representations of individual victim's families were considered to project income.   Work-life expectancy was based on the average Social Security benefit eligibility retirement age.

After the loss period was determined, annual income was projected based on each individual's earnings history and anticipated annual future income through their work-life expectancy.   With one exception, it was assumed that each individual would maintain employment with the federal government or military, as applicable, at their current salary at the time of the Bombing (adjusted for inflation) throughout the remainder of their work-life.[2]   Due to the limited information about employment fringe benefits such as medical insurance, annual bonuses, and pension benefits that each person may have received while employed, the value of such future benefits has not been included in the estimate of income loss.   Similarly, actual death benefits that may have been received by certain individual's families was not reliably known and thus not deducted to mitigate the projected lost income due to incomplete information available.

For all periods prior to and including October 29, 2012, it was necessary to calculate the current value, or "today's value" of lost income to accommodate for the affect of the time value of money.   Similarly, for periods after October 29, 2012, it was necessary to discount the future lost income to present value to determine "today's value."   As a result, the value of all past and future lost income for each individual at "today's value" has been calculated as of October 29, 2012 in this report.

---

[2] Julian Bartley, Jr.'s salary as an intern was not used as the basis for calculating his anticipated annual future income.  See the Analysis of Plaintiffs' Economic Losses section for additional detail.

4

To calculate economic loss for each individual, the following data was analyzed and considered, where applicable (Appendix C):

- Information concerning employment history, including income and benefits, as well as personal data (i.e., date of birth, level of education, employment position, etc.) necessary to form reasonable assumptions regarding each individual's earnings, earnings growth rate and work life expectancy.

- Economic information such as historical consumer price index ("CPI"), U.S. State Department Foreign Service pay scales, annual U.S. Government General Schedule pay scale adjustments, and U.S. Treasury yield curve rates.

- Discussions with Crowell & Moring LLP, to clarify the factual basis for each individual's economic loss claim.

## Assumptions

Some general assumptions applicable to the claims of all Plaintiffs were developed as follows:

## Growth Rate

An earnings growth rate of 2.44% was applied to each individual's historical wage level as of 1998 to estimate or project his or her wages for all future periods, unless noted otherwise.  This earnings growth rate is used as a proxy to estimate the victim's projected salary paid by the U.S. Government or another employer until they reach retirement age.  This rate is conservative and is based on the CPI average for the period 1998 through 2011.  During this period, the CPI ranged from -0.4% to 3.8%.  The CPI

reflects approximately 87% of the total U.S. population and includes, in addition to wage earners and clerical workers, groups such as professional, managerial, and technical workers, the self-employed, and short-term workers.

**Work-Life Expectancy**

A work-life expectancy of 65, based on the average retirement age for Social Security benefit eligibility, was used to calculate lost wages for all victims. In cases where a Plaintiff's birth month and day were not known (birth years were known for all Plaintiffs), the retirement date was assumed to be June 30th (middle of the year).

**Life Expectancy**

According to the United States Life Tables, 1998, published by the Division of Vital Statistics of the Centers for Disease Control and Prevention, the life expectancy at birth of the total population of male and female U.S. born persons is 76.7 years. Accordingly, the assumed work-life expectancy is reasonably based.

**Individual Income Tax Rate**

The calculations for each individual were prepared on a pre-tax basis.

**Interest Rate and Discount Rate**

An interest rate factor is intended to provide the Plaintiffs with an adjustment that calculates the present value of past income as of October 29, 2012 by taking into account the value of money over time. An annual interest rate factor of 4.39% was determined and applied to each Plaintiff's analysis for the period from 1998 through October 29,

2012.  This rate was based on the average daily 10-year Treasury yield curve rates from January 1998 through December 2011.

Similarly, discounting future projected income is intended to provide the Plaintiffs with the present value of future income loss as of October 30, 2012.  The same 10-year Treasury based rate of 4.39% was applied to each Plaintiff's analysis for the period from October 30, 2012 through the individual's work life expectancy.

The Treasury yield curve rate represents a "risk free" rate of return that is considered to have virtually no possibility of default.  The 10-Year Treasury rate was selected as a proxy since it represents a reasonable estimate of risk associated with future receipts of income.  As of October 2012, the 10-Year Treasury yield curve rate was approximately 1.80%.

### Mid-Year Convention

To determine losses, a mid-year convention methodology was applied to calculate the present and future value of all lost income as of October 29, 2012.  The mid-year convention methodology assumes that all income is earned consistently throughout the year.  This convention is widely used by valuation professionals to calculate the present value of past and future income streams.

### Salaries and Wages

Capstone has reviewed various documents provided by counsel to evaluate each individual's lost income.  These documents include the Order of Restitution entered by the Court in *United States v. Mohamed et al.,* S(7) 98 Cr. 1023 (S.D.N.Y. Oct. 19, 2001)

(LBJ) (ECF No. 634), setting forth the economic damages for each of the Plaintiffs (among others) as of October 19, 2001, as well as personnel records as available.

Wages that each individual would have reasonably earned beginning August 1998 until their expected retirement date, "but for" each individual's death caused by the Bombing, have been projected from the time of the relevant attack based on an assumed rate of wage inflation. CPI was used as a proxy for inflationary wage growth.

## Fringe Benefits

Fringe benefits typically represent a material component of each individual's past and future income stream. These fringe benefits often range from 25 percent to 45 percent of employee base wages. However, due to the limited information regarding each individual's employment benefit history, and to be conservative, I have excluded fringe benefits from the calculation. These benefits often include paid time off, annual bonus, medical and disability insurance, pension benefits and retirement savings and expense allowances.

## Mitigation of Economic Loss

Based on the absence of reliable data, and consistent with the conservative approach taken in excluding any calculation of fringe benefits, I also have not included in the analysis of economic loss a calculation of potential mitigation of economic loss resulting from possible one-time death benefits, pension benefits and medical insurance.

## Analysis of Plaintiffs' Economic Losses

### Aliganga, Nathan

At the time of the Bombing, Nathan Aliganga was 22 years old and a Sergeant in the Marine Corps Air Ground Combat unit.  His annual salary was $16,812.

**Projected Income**

Mr. Aliganga's projected income includes wages (1998-2041) until his anticipated retirement at the age of 65 in October 2041.  His 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mr. Aliganga's total economic loss is approximately $914,000.

### Bartley, Jr., Julian

At the time of the Bombing, Julian Bartley, Jr. was 20 years old and a summer intern at the embassy.  His salary was $12,000.

**Projected Income**

Mr. Bartley, Jr.'s projected income was calculated using a different methodology than the other Plaintiffs since he had not yet begun his professional career and thus no historical salary data was available to use as a basis for future earnings.  It was assumed that Mr. Bartley, Jr. would graduate from a university with a Bachelor's degree. Thereafter, at the age of 22 in 2000, he would enter the workforce.  His assumed salary of $50,544 is based on the 2000 median usual weekly earnings for white males employed

9

full time with a Bachelor's degree, ages 25 and over, as published by the Bureau of Labor Statistics.   Mr. Bartley, Jr.'s projected income includes wages (2000-2043) until his anticipated retirement at the age of 65 in June 2043.

**Total Loss**

Using these calculations, Mr. Bartley, Jr.'s total economic loss is approximately $2,522,000.

**Bartley, Sr., Julian**

At the time of the Bombing, Julian Bartley, Sr. was 54 years old and the Consul General at the embassy.  His annual salary was $94,287.

**Projected Income**

Mr. Bartley, Sr.'s projected income includes U.S. Embassy wages (1998-2009) until his anticipated retirement at the age of 65 in June 2009.  His 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mr. Bartley, Sr.'s total economic loss is approximately $1,687,000.

**Dalizu, Jean**

At the time of the Bombing, Jean Dalizu was 60 years old and an Executive Assistant in the Defense Attache's Office at the embassy.  Her annual salary was $26,710.

**Projected Income**

Mrs. Dalizu's projected income includes U.S. Embassy wages (1998-2003) until her anticipated retirement at the age of 65 in June 2003.  Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mrs. Dalizu's total economic loss is approximately $227,000.

**Hardy, Molly**

At the time of the Bombing, Molly Hardy was 51 years old and an Embassy Administrative Officer.  Her annual salary was $55,581.

**Projected Income**

Ms. Hardy's projected income includes U.S. Embassy wages (1998-2012) until her anticipated retirement at the age of 65 in June 2012.  Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Ms. Hardy's total economic loss is approximately $1,235,000.

**Hobson, Kenneth**

At the time of the Bombing, Kenneth Hobson was 27 years old and a Staff Sergeant in the U.S. Army.  His annual salary was $19,462.

**Projected Income**

Mr. Hobson's projected income includes wages (1998-2036) until his anticipated retirement at the age of 65 in April 2036. His 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mr. Hobson's total economic loss is approximately $965,530.

**Kavaler, Prabhi Guptara**

At the time of the Bombing, Prabhi Guptara Kavaler was 45 years old and worked in the General Services Office at the U.S. Embassy. Her annual salary was $58,565.

**Projected Income**

Mrs. Kavaler's projected income includes U.S. Embassy wages (1998-2018) until her anticipated retirement at the age of 65 in June 2018. Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mrs. Kavaler's total economic loss is approximately $1,775,000.

**Kirk, Arlene**

At the time of the Bombing, Arlene Kirk was 50 years old and was a Budget Assistant in the U.S. Air Force. Her annual salary was $23,000.

**Projected Income**

Mrs. Kirk's projected income includes wages (1998-2013) until her anticipated retirement at the age of 65 in June 2013. Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Mrs. Kirk's total economic loss is approximately $543,000.

<u>**Martin, Mary**</u>

At the time of the Bombing, Dr. Mary Martin was 46 years old and was the Director of President Jimmy Carter's Foundation Against Malaria. Her annual salary was $80,000.

**Projected Income**

Dr. Martin's projected income includes wages (1998-2017) until her anticipated retirement at the age of 65 in August 2017. Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Dr. Martin's total economic loss is approximately $2,339,000.

<u>**O'Conner, Michelle**</u>

At the time of the Bombing, Michelle O'Conner was 37 years old and worked in the General Services Office at the U.S. Embassy. Her annual salary was $55,203.

13

**Projected Income**

Ms. O'Connor's projected income includes wages (1998-2026) until her anticipated retirement at the age of 65 in June 2026.  Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Ms. O'Connor's total economic loss is approximately $2,196,000.

**Olds, Sherry**

At the time of the Bombing, Sherry Olds was 40 years old and was a Senior Master Sergeant in the U.S. Air Force.  Her annual salary was $31,781.

**Projected Income**

Ms. Olds' projected income includes wages (1998-2023) until her anticipated retirement at the age of 65 in June 2023.  Her 1998 wages were increased by the average annual CPI rate for all future years.

**Total Loss**

Using these calculations, Ms. Olds' total economic loss is approximately $1,157,000.

**professionals**

Appendix A

# Steven A. Wolf, ASA, ABV

Executive Director – Litigation and Forensic
Washington, DC

## Contact

202 507 7103 **direct**
202 494 0241 **cell**
swolf@capstoneag.com

## Industry Experience

Financial Services
Healthcare and Pharmaceuticals
Infrastructure and Energy
Manufacturing, Metals and Mining
Real Estate and Construction
Technology

## Selected Public Cases

Adelphia Communications Corp.
Bear Stearns
Enron
Freddie Mac
HMS Host
Igen International
InBev USA
KPMG
Lyondell Chemical Company
Mirant Corp.
NYMEX
UTA Flight 772
Wachovia Bank ERISA
W.R. Grace

## Experience

Steven Wolf is frequently engaged by clients as an expert to investigate and explain complex financial transactions, identify and manage business risks, communicate facts and opinions in a clear and concise manner, to ultimately assist clients to make informed strategic decisions.  Mr. Wolf's experience as both a former partner in an international public accounting firm, a former Big-four financial auditor and economic consultant coupled with his keen knowledge of the litigation process makes him uniquely qualified to assist counsel.  He leads complex engagements involving assessment of economic damages, review of accounting irregularities or suspected fraud, and business valuation. He has prepared or critiqued business valuations, due diligence investigations, internal control reviews, fairness opinions and solvency analyses frequently stemming from disputed financial transactions and bankruptcy matters.

## Education and Affiliations

Mr. Wolf received his MBA from Temple University Fox School of Business and received his B.S. in Accounting from Binghamton University School of Management.  He holds designations as an Accredited Business Appraiser (ASA), Certified Fraud Examiner (CFE), Certified Financial Forensic (CFF), Accredited in Business Valuation (ABV) and is a Certified Public Accountant (CPA).  He is also an adjunct professor at Georgetown University in Washington, DC in the area of accounting and financial forensics.



### STEVEN A. WOLF
### Federal Rule 26 Disclosure
### Appendix B

1. In *United States District Court For the District of Columbia*, Anne Dammarell, et al., Plaintiffs, v. The Islamic Republic of Iran and the Iranian Ministry of Intelligence and Security, Defendants, (Civil Action No. 1:01-cv-02224 (JDB).

2. Special Master Proceedings-Mr. Kenneth Feinberg, September 11, 2001 *Victims Compensation Fund.*

3. In *United States District Court for the District of Columbia*, Donna Salazar, Executrix of the Estate of her late husband, Mark E. Salazar., Plaintiff, v. The Islamic Republic of Iran, et al., Defendants, (Civil Action No. 1:02-cv-00558 (JDB).

4. In *American Arbitration Association*, Paul L., Paul B., Eugene, Dean, Alexander, Rima, Julie, Leesa and Agnes Kozel, v. Kent S. Foster and Concho Cellular Telephone Co., Inc. (Case Nos. 16 168 003391 02 & 70 Y 168 00390 02).

5. In *United States District Court For the District of Columbia*, Anne Dammarell, et al., Plaintiffs, v. The Islamic Republic of Iran and the Iranian Ministry of Intelligence and Security, Defendants, (Civil Action No. 1:01-cv-02224 (JDB/JMF).

6. In *U.S. District Court For the District of Massachusetts*, North Shore Pharmacy Services, Inc. and Value Pharmacy, Inc., et al., Plaintiffs and Defendants in Counterclaim v. Breslin Associates Consulting, LLC, et al., (Civil Action No. 02-11760-NG).

7. In *U.S. District Court for the District of Maryland (Southern Division)*, HMSHost Corporation v. Zurich American Insurance Co., (Civil Action: RWT 04 CV 2079).

8. In *U.S. District Court for the Eastern District of Pennsylvania*, Alco Industries, Inc. v. Wachovia Bank, N.A., et al. (Civil Action No. 04-6090).

9. In *U.S. District Court for the Eastern District of Pennsylvania*, Shangy, Inc. v. InBev USA, LLC (Civil Action No. 2:06-cv-3404).

**STEVEN A. WOLF**
**Federal Rule 26 Disclosure**
**Appendix B**

10. In *U.S. District Court for the District of Columbia,* Robert L. Pugh, et al., v. The Socialist People's Libyan Arab Jamahiriya, Ministry of Foreign Affairs, Tripoli, Libya et al. (Civil Action No. 02-2026 (HHK)).

11. In *U.S. District Court for the Eastern District of Louisiana,* St. Tammany Parish Hospital v. Travelers Property Casualty Company of America (Civil Action No. 07-1065, Section C, Magistrate 4).

12. In *the Circuit Court of Fairfax County Virginia,* Nicholas Grimaldi v. James E. Burgess, MD, et al., (Case No. CL-2006-12055).

13. In *the Superior Court of the State of Delaware in and for New Castle County,* Brandywine Smyrna Inc. and BCP Smyrna, Inc. v. Millennium Builders, LLC, Graphic Arts Mutual Insurance Company, and William's Contractors Inc. a/k/a. William's Contractor, Inc. (Civil Action No. 08C-11-065 MMJ).

14. In the *U.S. District Court for the Eastern District of Washington at Spokane,* Utica Mutual Insurance Company v. Lifequotes of America, Inc. and Jerry Cooper, Inc. d/b/a Color One Photolab. (Civil Action No. 06-CV-00228-EFS).

15. In the *U.S. District Court, District of New Jersey,* Paul S. Rothstein, et al., v. Ronald M. Harstad. (Civil Action No. 10-cv-01421-WHW-CCC).

16. In the *United States District Court for the District of Columbia,* Landmark Health Solutions LLC v. Not-For-Profit Hospital Corporation (Case No. 1:11-cv-00456-CCK).

17. In the *Court of Common Pleas of Lancaster County, Pennsylvania Civil Action – Law and Equity,* Irex Corporation v. Mitchell Partners, Ltd., et al. (Civil Action No. 07-01322).

18. In *U.S. District Court for the District of Columbia,* Estate of John Doe et al., v. Islamic Republic of Iran, et al. (Civil Action No. 08-540 (JDB/JMF)).

**STEVEN A. WOLF**
**Federal Rule 26 Disclosure**
**Appendix B**

Articles Authored:

1. *As the Move to IFRS Accelerates, Liability Looms for Unprepared U.S. CPAs,* The CPA Journal, November 2008; co-authored with Carl Jenkins.

2. *The Effect of Dodd-Frank Reform on Whistleblower Activity for SEC Violations and Potential Avenues of Insurance Recovery,* Minority Corporate Counsel Association, May 2, 2012.

**Appendix C**

**Documents Reviewed**

1. Proposed Order, Civil Action No. 01-2244 (JDB)
2. Motion to Intervene, Civil Action No. 01-2244 (JDB)
3. Order or Restitution, Civil Action No. S(7) 98 Cr. 1023 (LBS), and attached Partial Schedules of Loss of Income
4. Personnel records for the deceased victims provided by Crowell & Moring LLP obtained from the State Department.
5. *United States Life Tables, 1998*, National Vital Statistics branch of the Centers for Disease Control and Prevention.
6. Consumer Price Index (CPI) All Urban Consumers (CPI-U) 1998 through 2011 (www.bls.gov).
7. 10-Year Treasury yield curve rates from January 1998 through October 2012 (www.treasury.gov).
8. Weekly and hourly earnings data from the Current Population Survey, Year 2000 (http://data.bls.gov).

James Owens, et al. vs. Republic of Sudan, et al.

# Schedules 1-11

Schedule 1

**Aliganga, Nathan - Damage Calculation**

James Owens, et al. v. Republic of Sudan, et al.

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 6,771 | $ 17,223 | $ 17,643 | $ 18,074 | $ 18,516 | $ 18,968 | $ 19,432 | $ 19,906 | $ 20,393 | $ 20,891 | $ 21,401 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 12,315 | $ 30,007 | $ 29,446 | $ 28,896 | $ 28,356 | $ 27,827 | $ 27,307 | $ 26,797 | $ 26,296 | $ 25,805 | $ 25,323 |

Summary:

| | |
|---|---|
| Total Loss (1988 - October 29, 2012) | $ 381,404 |
| Total Loss (October 30, 2012 - Dec. 31, 2049) | $ 532,657 |
| Total Loss | $ 914,061 |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 22.0 |
| Work Life Expectancy | 65 |

Page 1

Schedule 1

James Owens, et al. v. Republic of Sudan, et al.

## Aliganga, Nathan - Damage Calculation

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 21,924 | $ 22,459 | $ 23,008 | $ 19,513 | $ 286,123 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 24,850 | $ 24,386 | $ 23,930 | $ 19,863 | $ 381,404 |

Page 2

James Owens, et al. v. Republic of Sudan, et al.

Schedule 1.1

## Aliganga, Nathan - Future Damage Calculation

| | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 4,057 | $ 24,148 | $ 24,736 | $ 25,340 | $ 25,959 | $ 26,593 | $ 27,243 | $ 27,908 | $ 28,590 |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 4,042 | $ 23,545 | $ 23,105 | $ 22,674 | $ 22,250 | $ 21,835 | $ 21,427 | $ 21,026 | $ 20,634 |

Assumptions:
Wages Growth Rate          2.44%
Growth/Discount Rate       4.39%
Age at Time of Incident    22.0
Work Life Expectancy       65

James Owens, et al. v. Republic of Sudan, et al.

Schedule 1.1

## Aliganga, Nathan - Future Damage Calculation

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 29,289 | $ 30,004 | $ 30,737 | $ 31,488 | $ 32,257 | $ 33,045 | $ 33,852 | $ 34,679 | $ 35,526 |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ 20,248 | $ 19,870 | $ 19,499 | $ 19,134 | $ 18,777 | $ 18,426 | $ 18,082 | $ 17,744 | $ 17,413 |

Schedule 1.1

James Owens, et al. v. Republic of Sudan, et al.

## Aliganga, Nathan - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 36,394 | $ 37,283 | $ 38,194 | $ 39,127 | $ 40,083 | $ 41,062 | $ 42,065 | $ 43,093 | $ 44,146 |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ 17,087 | $ 16,768 | $ 16,455 | $ 16,148 | $ 15,846 | $ 15,550 | $ 15,260 | $ 14,974 | $ 14,695 |

Schedule 1.1

James Owens, et al. v. Republic of Sudan, et al.

## Aliganga, Nathan - Future Damage Calculation

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ 45,224 | $ 46,329 | $ 39,550 | $ - | $ - | $ 998,001 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ 14,420 | $ 14,151 | $ 11,572 | $ - | $ - | $ 532,657 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 2

## Bartley, Jr., Julian - Damage Calculation

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ - | $ - | $ 50,544 | $ 51,779 | $ 26,522 | $ 54,339 | $ 55,667 | $ 57,027 | $ 58,420 | $ 59,847 | $ 61,309 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ - | $ - | $ 84,356 | $ 82,781 | $ 40,617 | $ 79,717 | $ 78,228 | $ 76,766 | $ 75,332 | $ 73,925 | $ 72,544 |

Summary:

| | |
|---|---|
| Total Loss (1998- October 29, 2012) | $ 930,772 |
| Total Loss (October 30, 2012 - Dec. 31, 2051) | $1,590,754 |
| Total Loss | **$2,521,526** |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 20.0 |
| Work Life Expectancy | 65 |

Schedule 2

James Owens, et al. v. Republic of Sudan, et al.

**Bartley, Jr., Julian - Damage Calculation**

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 62,807 | $ 64,341 | $ 65,913 | $ 55,900 | $ 724,413 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 71,189 | $ 69,859 | $ 68,554 | $ 56,904 | $ 930,772 |

Schedule 2.1

**Bartley, Jr., Julian - Future Damage**

James Owens, et al. v. Republic of Sudan, et al.

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 11,623 | $ 69,172 | $ 70,862 | $ 72,593 | $ 74,366 | $ 76,183 | $ 78,044 | $ 79,951 | $ 81,904 |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ Oct 30, 2012 | $ 11,580 | $ 67,451 | $ 66,191 | $ 64,955 | $ 63,741 | $ 62,550 | $ 61,382 | $ 60,235 | $ 59,110 |

Assumptions:
| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 20.0 |
| Work Life Expectancy | 65 |

Page 3

Schedule 2.1

James Owens, et al. v. Republic of Sudan, et al.

Bartley, Jr., Julian - Future Damage

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 83,904 | $ 85,954 | $ 88,054 | $ 90,205 | $ 92,408 | $ 94,666 | $ 96,978 | $ 99,347 | $ 101,774 |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ Oct 30, 2012 | $ 58,006 | $ 56,922 | $ 55,859 | $ 54,815 | $ 53,791 | $ 52,787 | $ 51,801 | $ 50,833 | $ 49,883 |

Schedule 2.1

James Owens, et al. v. Republic of Sudan, et al.

## Bartley, Jr., Julian - Future Damage

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 104,261 | $ 106,808 | $ 109,417 | $ 112,090 | $ 114,828 | $ 117,633 | $ 120,506 | $ 123,450 | $ 126,466 |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ Oct 30, 2012 | $ 48,951 | $ 48,037 | $ 47,140 | $ 46,259 | $ 45,395 | $ 44,547 | $ 43,715 | $ 42,898 | $ 42,097 |

Schedule 2.1

James Owens, et al. v. Republic of Sudan, et al.

## Bartley, Jr., Julian - Future Damage

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ 129,555 | $ 132,720 | $ 135,962 | $ 139,284 | $ 71,343 | $3,092,311 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ Oct 30, 2012 | $ 41,310 | $ 40,539 | $ 39,781 | $ 39,038 | $ 19,154 | $1,590,754 |

Schedule 3

## Bartley, Sr., Julian - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 37,973 | $ 96,590 | $ 98,950 | $ 101,367 | $ 103,843 | $ 106,380 | $ 108,979 | $ 111,641 | $ 114,366 | $ 117,162 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 |
| Total Loss Value @ October 29, 2012 | $ 69,067 | $ 168,288 | $ 165,144 | $ 162,059 | $ 159,032 | $ 156,061 | $ 153,146 | $ 150,285 | $ 147,478 | $ 144,723 |

Summary:
| | |
|---|---|
| Total Loss (1998 - October 29, 2012) | $1,686,985 |
| Total Loss (October 30, 2012 - Dec. 31, 2017) | $      - |
| Total Loss | $1,686,985 |

Assumptions:
| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 54.0 |
| Work Life Expectancy | 65 |

Schedule 3

James Owens, et al. v. Republic of Sudan, et al.

**Bartley, Sr., Julian - Damage Calculation**

|  | 2008 | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|---|
| Projected Wages | $ 120,024 | $ 61,478 | $ - | $ - | $ - | $1,178,756 |
| Period | 3.9 | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 142,019 | $ 69,683 | $ - | $ - | $ - | $1,686,985 |

Schedule 3.1

James Owens, et al. v. Republic of Sudan, et al.

## Bartley, Sr., Julian - Future Damage

Projected Future Wages

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Period | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 54.0 |
| Work Life Expectancy | 65 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 3.1

## Bartley, Sr,, Julian - Future Damage

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 4

James Owens, et al. v. Republic of Sudan, et al.

Schedule 3.1

## Bartley, Sr., Julian - Future Damage

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |

Page 5

Schedule 3.1

James Owens, et al. v. Republic of Sudan, et al.

# Bartley, Sr., Julian - Future Damage

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - |

Page 6

# Dalizu, Jean - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

Schedule 4

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 10,757 | $ 27,362 | $ 28,031 | $ 28,716 | $ 29,417 | $ 15,068 | $ - | $ - | $ - | $ - | $ - |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 19,565 | $ 47,673 | $ 46,783 | $ 45,909 | $ 45,051 | $ 22,105 | $ - | $ - | $ - | $ - | $ - |

Summary:

Total Loss (1998 - October 29, 2012)          $ 227,086
Total Loss (October 30, 2012 - Dec. 31, 2011)   $      -

Total Loss                                    $ 227,086

Assumptions:

Wages Growth Rate          2.44%
Growth/Discount Rate       4.39%
Age at Time of Incident    60.0
Work Life Expectancy       65

Page 1

Schedule 4

James Owens, et al. v. Republic of Sudan, et al.

## Dalizu, Jean - Damage Calculation

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ - | $ - | $ - | $ - | $ 139,351 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ - | $ - | $ - | $ - | $ 227,086 |

Schedule 4.1

**James Owens, et al. v. Republic of Sudan, et al.**

## Dalizu, Jean - Future Damage Calculation

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |

Assumptions:

| Wages Growth Rate | 2.44% |
|---|---|
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 60.0 |
| Work Life Expectancy | 65 |

Schedule 4.1

James Owens, et al. v. Republic of Sudan, et al.

## Dalizu, Jean - Future Damage Calculation

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 4.1

## Dalizu, Jean - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | | | | | | | | | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 5

Schedule 4.1

James Owens, et al. v. Republic of Sudan, et al.

## Dalizu, Jean - Future Damage Calculation

| | 2039 | | 2040 | | 2041 | | 2042 | | 2043 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Period | | 26.6 | | 27.6 | | 28.6 | | 29.6 | | 30.6 | | |
| Total Loss Value @ October 30, 2012 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |

## Hardy, Molly - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

Schedule 5

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 22,385 | $ 56,939 | $ 58,330 | $ 59,755 | $ 61,214 | $ 62,710 | $ 64,242 | $ 65,811 | $ 67,419 | $ 69,066 | $ 70,753 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 40,714 | $ 99,204 | $ 97,351 | $ 95,532 | $ 93,747 | $ 91,996 | $ 90,278 | $ 88,591 | $ 86,936 | $ 85,312 | $ 83,719 |

Summary:
Total Loss (1998 - October 29, 2012)    $1,228,103
Total Loss (October 30, 2012 - Dec. 31, 2020)    $ 6,682

Total Loss    $1,234,785

Assumptions:
Wages Growth Rate    2.44%
Growth/Discount Rate    4.39%
Age at Time of Incident    51.0
Work Life Expectancy    65

Page 1

Schedule 5

James Owens, et al. v. Republic of Sudan, et al.

# Hardy, Molly - Damage Calculation

| | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 72,481 | $ 74,252 | $ 76,066 | $ 32,255 | $ 913,675 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 82,155 | $ 80,620 | $ 79,114 | $ 32,834 | $ 1,228,103 |

Schedule 5.1

James Owens, et al. v. Republic of Sudan, et al.

## Hardy, Molly - Future Damage Calculation

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 6,707 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 6,682 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |

Assumptions:
Wages Growth Rate        2.44%
Growth/Discount Rate     4.39%
Age at Time of Incident  51.0
Work Life Expectancy     65

Schedule 5.1

James Owens, et al. v. Republic of Sudan, et al.

## Hardy, Molly - Future Damage Calculation

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 4

James Owens, et al. v. Republic of Sudan, et al.

Schedule 5.1

## Hardy, Molly - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Schedule 5.1

James Owens, et al. v. Republic of Sudan, et al.

## Hardy, Molly - Future Damage Calculation

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ 6,707 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ 6,682 |

# Hobson, Kenneth - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

Schedule 6

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 7,838 | $ 19,937 | $ 20,424 | $ 20,923 | $ 21,434 | $ 21,958 | $ 22,494 | $ 23,044 | $ 23,607 | $ 24,183 | $ 24,774 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 14,256 | $ 34,736 | $ 34,087 | $ 33,450 | $ 32,826 | $ 32,212 | $ 31,611 | $ 31,020 | $ 30,441 | $ 29,872 | $ 29,314 |

Summary:

| | |
|---|---|
| Total Loss (1998 - October 29, 2012) | $ 441,516 |
| Total Loss (October 30, 2012 - Dec. 31, 2044) | 524,014 |
| Total Loss | $ 965,530 |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 27.0 |
| Work Life Expectancy | 65 |

Schedule 6

James Owens, et al. v. Republic of Sudan, et al.

## Hobson, Kenneth - Damage Calculation

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 25,379 | $ 25,999 | $ 26,634 | $ 22,588 | $ 331,216 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 28,766 | $ 28,229 | $ 27,702 | $ 22,994 | $ 441,516 |

Schedule 6.1

**Hobson, Kenneth - Future Damage**

James Owens, et al. v. Republic of Sudan, et al.

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 4,697 | $ 27,951 | $ 28,634 | $ 29,334 | $ 30,050 | $ 30,784 | $ 31,536 | $ 32,307 | $ 33,096 |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 4,679 | $ 27,256 | $ 26,747 | $ 26,247 | $ 25,757 | $ 25,276 | $ 24,804 | $ 24,340 | $ 23,885 |

Assumptions:

| Wages Growth Rate | 2.44% |
|---|---|
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 27.0 |
| Work Life Expectancy | 65 |

Page 3

Schedule 6.1

James Owens, et al. v. Republic of Sudan, et al.

## Hobson, Kenneth - Future Damage

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 33,904 | $ 34,733 | $ 35,581 | $ 36,450 | $ 37,341 | $ 38,253 | $ 39,187 | $ 40,145 | $ 41,125 |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ 23,439 | $ 23,001 | $ 22,572 | $ 22,150 | $ 21,736 | $ 21,330 | $ 20,932 | $ 20,541 | $ 20,157 |

Schedule 6.1

James Owens, et al. v. Republic of Sudan, et al.

## Hobson, Kenneth - Future Damage

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 42,130 | $ 43,159 | $ 44,214 | $ 45,294 | $ 46,400 | $ 47,534 | $ 16,232 | $ - | $ - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ 19,781 | $ 19,411 | $ 19,048 | $ 18,693 | $ 18,343 | $ 18,001 | $ 5,888 | $ - | $ - |

Schedule 6.1

James Owens, et al. v. Republic of Sudan, et al.

## Hobson, Kenneth - Future Damage

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $    - | $    - | $    - | $    - | $    - | $ 870,072 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $    - | $    - | $    - | $    - | $    - | $ 524,014 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 7

## Kavaler, Prabhi Guptara - Damage Calculation

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 23,586 | $ 59,996 | $ 61,461 | $ 62,963 | $ 64,501 | $ 66,076 | $ 67,691 | $ 69,344 | $ 71,038 | $ 72,774 | $ 74,551 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 42,900 | $ 104,530 | $ 102,577 | $ 100,661 | $ 98,780 | $ 96,935 | $ 95,124 | $ 93,347 | $ 91,604 | $ 89,892 | $ 88,213 |

Summary:
Total Loss (1998 - October 29, 2012)                    $1,328,632
Total Loss (October 30, 2012 - Dec. 31, 2026)    $ 446,464

Total Loss     $1,775,096

Assumptions:
Wages Growth Rate              2.44%
Growth/Discount Rate           4.39%
Age at Time of Incident        45.0
Work Life Expectancy           65

Page 1

Schedule 7

James Owens, et al. v. Republic of Sudan, et al.

# Kavaler, Prabhi Guptara - Damage Calculation

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 76,372 | $ 78,238 | $ 80,149 | $ 67,974 | $ 996,715 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 86,565 | $ 84,948 | $ 83,361 | $ 69,195 | $1,328,632 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 7.1

## Kavaler, Prabhi Guptara - Future Damage

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 14,133 | $ 84,113 | $ 86,168 | $ 88,273 | $ 90,429 | $ 92,638 | $ 47,451 | $   - | $   - | $   - |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 | 8.6 |
| Total Loss Value @ October 30, 2012 | $ 14,081 | $ 82,020 | $ 80,488 | $ 78,984 | $ 77,509 | $ 76,061 | $ 37,320 | $   - | $   - | $   - |

Assumptions:
Wages Growth Rate          2.44%
Growth/Discount Rate       4.39%
Age at Time of Incident    45.0
Work Life Expectancy       65

James Owens, et al. v. Republic of Sudan, et al.

Schedule 7.1

## Kavaler, Prabhi Guptara - Future Damage

| | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | | | | | | | | | | |
| Period | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  |
| | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 | 17.6 | 18.6 |
| Total Loss Value @ October 30, 2012 | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  | $ -  |

Page 4

James Owens, et al. v. Republic of Sudan, et al.

Schedule 7.1

## Kavaler, Prabhi Guptara - Future Damage

| | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 | 26.6 | 27.6 | 28.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Schedule 7.1

James Owens, et al. v. Republic of Sudan, et al.

## Kavaler, Prabhi Guptara - Future Damage

| | 2042 | 2043 | Total |
|---|---|---|---|
| Projected Future Wages | $    - | $    - | $ 503,205 |
| Period | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $    - | $    - | $ 446,464 |

Kirk, Arlene - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

Schedule 8

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 9,263 | $ 23,562 | $ 24,137 | $ 24,727 | $ 25,331 | $ 25,950 | $ 26,584 | $ 27,233 | $ 27,899 | $ 28,580 | $ 29,278 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 16,848 | $ 41,052 | $ 40,285 | $ 39,532 | $ 38,794 | $ 38,069 | $ 37,358 | $ 36,660 | $ 35,975 | $ 35,303 | $ 34,644 |

Summary:

| | |
|---|---|
| Total Loss (1988 - October 29, 2012) | $ 521,790 |
| Total Loss (October 30, 2012 - Dec. 31, 2021) | $ 21,636 |
| Total Loss | $ 543,426 |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 50.0 |
| Work Life Expectancy | 65 |

Schedule 8

James Owens, et al. v. Republic of Sudan, et al.

## Kirk, Arlene - Damage Calculation

|  | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 29,993 | $ 30,726 | $ 31,477 | $ 26,695 | $ 391,436 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 33,996 | $ 33,361 | $ 32,738 | $ 27,175 | $ 521,790 |

Page 2

Schedule 8.1

James Owens, et al. v. Republic of Sudan, et al.

# Kirk, Arlene - Future Damage Calculation

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 5,550 | $ 16,517 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 5,530 | $ 16,106 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Assumptions:

| Wages Growth Rate | 2.44% |
|---|---|
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 50.0 |
| Work Life Expectancy | 65 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 8.1

## Kirk, Arlene - Future Damage Calculation

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Schedule 8.1

James Owens, et al. v. Republic of Sudan, et al.

## Kirk, Arlene - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Schedule 8.1

James Owens, et al. v. Republic of Sudan, et al.

## Kirk, Arlene - Future Damage Calculation

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ 22,067 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ 21,636 |

Page 6

Schedule 9

# Martin, Mary - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

|  | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 32,219 | $ 81,954 | $ 83,956 | $ 86,007 | $ 88,108 | $ 90,261 | $ 92,466 | $ 94,724 | $ 97,038 | $ 99,409 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 |
| Total Loss Value @ October 29, 2012 | $ 58,601 | $ 142,788 | $ 140,121 | $ 137,503 | $ 134,934 | $ 132,414 | $ 129,940 | $ 127,513 | $ 125,131 | $ 122,793 |

Summary:
Total Loss (1998 - October 29, 2012)                 $1,814,916
Total Loss (October 30, 2012 - Dec. 31, 2025)     $ 524,258

Total Loss                                                        $2,339,174

Assumptions:
Wages Growth Rate              2.44%
Growth/Discount Rate           4.39%
Age at Time of Incident         46.0
Work Life Expectancy            65

Page 1

Schedule 9

James Owens, et al. v. Republic of Sudan, et al.

## Martin, Mary - Damage Calculation

|  | 2008 | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|---|
| Projected Wages | $ 101,837 | $ 104,325 | $ 106,874 | $ 109,484 | $ 92,853 | $1,361,516 |
| Period | 3.9 | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 120,499 | $ 118,248 | $ 116,039 | $ 113,872 | $ 94,520 | $1,814,916 |

Page 2

Schedule 9.1

James Owens, et al. v. Republic of Sudan, et al.

## Martin, Mary - Future Damage Calculation

| | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 19,306 | $ 114,899 | $ 117,706 | $ 120,581 | $ 123,527 | $ 84,363 | $ - | $ - | $ - |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 19,235 | $ 112,040 | $ 109,947 | $ 107,893 | $ 105,878 | $ 69,266 | $ - | $ - | $ - |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 46.0 |
| Work Life Expectancy | 65 |

Page 3

James Owens, et al. v. Republic of Sudan, et al.

Schedule 9.1

**Martin, Mary - Future Damage Calculation**

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 4

James Owens, et al. v. Republic of Sudan, et al.

Schedule 9.1

## Martin, Mary - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |

Schedule 9.1

James Owens, et al. v. Republic of Sudan, et al.

## Martin, Mary - Future Damage Calculation

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ 580,381 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ 524,258 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 10

## O'Conner, Michelle - Damage Calculation

| | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 22,232 | $ 56,552 | $ 57,933 | $ 59,348 | $ 60,798 | $ 62,283 | $ 63,805 | $ 65,363 | $ 66,960 | $ 68,596 | $ 70,272 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 40,437 | $ 98,529 | $ 96,688 | $ 94,882 | $ 93,110 | $ 91,370 | $ 89,664 | $ 87,989 | $ 86,345 | $ 84,732 | $ 83,149 |

Summary:
Total Loss (1998 - October 29, 2012)       $ 1,252,361
Total Loss (October 30, 2012 - Dec. 31, 2034)   $  943,294

Total Loss      $2,195,655

Assumptions:
Wages Growth Rate       2.44%
Growth/Discount Rate    4.39%
Age at Time of Incident   37.0
Work Life Expectancy    65

Schedule 10

James Owens, et al. v. Republic of Sudan, et al.

**O'Conner, Michelle - Damage Calculation**

|  | 2009 | | 2010 | | 2011 | | Jan-Oct 2012 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ | 71,988 | $ | 73,747 | $ | 75,548 | $ | 64,072 | $ | 939,497 |
| Period | | 2.9 | | 1.9 | | 0.9 | | 0.4 | | |
| Total Loss Value @ October 29, 2012 | $ | 81,596 | $ | 80,072 | $ | 78,576 | $ | 65,222 | $ | 1,252,361 |

Schedule 10.1

James Owens, et al. v. Republic of Sudan, et al.

## O'Conner, Michelle - Future Damage

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 13,322 | $ 79,284 | $ 81,221 | $ 83,205 | $ 85,238 | $ 87,320 | $ 89,453 | $ 91,639 | $ 93,877 |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 13,273 | $ 77,312 | $ 75,867 | $ 74,450 | $ 73,059 | $ 71,695 | $ 70,355 | $ 69,041 | $ 67,751 |

Assumptions:

| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 37.0 |
| Work Life Expectancy | 65 |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 10.1

**O'Conner, Michelle - Future Damage**

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 96,170 | $ 98,520 | $ 100,926 | $ 103,392 | $ 105,918 | $ 54,253 | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ 66,486 | $ 65,244 | $ 64,025 | $ 62,829 | $ 61,655 | $ 30,252 | $ - | $ - | $ - |

James Owens, et al. v. Republic of Sudan, et al.

Schedule 10.1

**O'Conner, Michelle - Future Damage**

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | | | | | | | | | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 5

Schedule 10.1

James Owens, et al. v. Republic of Sudan, et al.

**O'Conner, Michelle - Future Damage**

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $1,263,738 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ 943,294 |

Olds, Sherry - Damage Calculation

James Owens, et al. v. Republic of Sudan, et al.

Schedule 11

|  | Aug-Dec 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Wages | $ 12,799 | $ 32,557 | $ 33,352 | $ 34,167 | $ 35,002 | $ 35,857 | $ 36,733 | $ 37,630 | $ 38,549 | $ 39,491 | $ 40,456 |
| Period | 13.9 | 12.9 | 11.9 | 10.9 | 9.9 | 8.9 | 7.9 | 6.9 | 5.9 | 4.9 | 3.9 |
| Total Loss Value @ October 29, 2012 | $ 23,280 | $ 56,724 | $ 55,664 | $ 54,624 | $ 53,604 | $ 52,603 | $ 51,620 | $ 50,656 | $ 49,709 | $ 48,781 | $ 47,870 |

Summary:
Total Loss (1998 - October 29, 2012)                              $ 720,994
Total Loss (October 30, 2012 – Dec. 31, 2031)            $ 435,549

Total Loss                                                                   $1,156,543

Assumptions:
Wages Growth Rate                    2.44%
Growth/Discount Rate                 4.39%
Age at Time of Incident              40.0
Work Life Expectancy                 65

Schedule 11

James Owens, et al. v. Republic of Sudan, et al.

## Olds, Sherry - Damage Calculation

| | 2009 | 2010 | 2011 | Jan-Oct 2012 | Total |
|---|---|---|---|---|---|
| Projected Wages | $ 41,444 | $ 42,457 | $ 43,494 | $ 36,887 | $ 540,876 |
| Period | 2.9 | 1.9 | 0.9 | 0.4 | |
| Total Loss Value @ October 29, 2012 | $ 46,975 | $ 46,098 | $ 45,237 | $ 37,549 | $ 720,994 |

Schedule 11.1

James Owens, et al. v. Republic of Sudan, et al.

## Olds, Sherry - Future Damage Calculation

|  | Oct-Dec 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 7,670 | $ 45,845 | $ 46,760 | $ 47,902 | $ 49,072 | $ 50,271 | $ 51,499 | $ 52,757 | $ 54,046 |
| Period | 0.1 | 0.6 | 1.6 | 2.6 | 3.6 | 4.6 | 5.6 | 6.6 | 7.6 |
| Total Loss Value @ October 30, 2012 | $ 7,641 | $ 44,509 | $ 43,678 | $ 42,862 | $ 42,061 | $ 41,275 | $ 40,504 | $ 39,747 | $ 39,005 |

Assumptions:
| | |
|---|---|
| Wages Growth Rate | 2.44% |
| Growth/Discount Rate | 4.39% |
| Age at Time of Incident | 40.0 |
| Work Life Expectancy | 65 |

Schedule 11.1

James Owens, et al. v. Republic of Sudan, et al.

## Olds, Sherry - Future Damage Calculation

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future Wages | $ 55,366 | $ 56,719 | $ 29,052 | $ - | $ - | $ - | $ - | $ - | $ - |
| Period | 8.6 | 9.6 | 10.6 | 11.6 | 12.6 | 13.6 | 14.6 | 15.6 | 16.6 |
| Total Loss Value @ October 30, 2012 | $ 38,276 | $ 37,561 | $ 18,430 | $ - | $ - | $ - | $ - | $ - | $ - |

Page 4

James Owens, et al. v. Republic of Sudan, et al.

Schedule 11.1

## Olds, Sherry - Future Damage Calculation

| | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Projected Future Wages | | | | | | | | | |
| Period | 17.6 | 18.6 | 19.6 | 20.6 | 21.6 | 22.6 | 23.6 | 24.6 | 25.6 |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Page 5

Schedule 11.1

James Owens, et al. v. Republic of Sudan, et al.

## Olds, Sherry - Future Damage Calculation

| | 2039 | 2040 | 2041 | 2042 | 2043 | Total |
|---|---|---|---|---|---|---|
| Projected Future Wages | $ - | $ - | $ - | $ - | $ - | $ 546,757 |
| Period | 26.6 | 27.6 | 28.6 | 29.6 | 30.6 | |
| Total Loss Value @ October 30, 2012 | $ - | $ - | $ - | $ - | $ - | $ 435,549 |