**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES OWENS, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**REPUBLIC OF SUDAN, et al.,**<br>**Defendants.** | **Civil Action No. 01-2244 (JDB)** |

# ORDER

Upon consideration of [332–39, 341–42] Special Master Paul Griffin's Reports, and the entire record herein, it is hereby

**ORDERED** that [332–39, 341–42] the Special Master Reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of the remaining plaintiffs ("Aliganga Plaintiffs") and against defendants in the total amount of $622,301,000.50; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: October 15, 2014

**"Aliganga Plaintiffs"**

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable pre-judgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jesse Nathanael Aliganga | Deceased | | | $914,061 | $0 | | $914,061 | $914,061.00 |
| 2 | | | Clara Leah Aliganga | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 3 | | | Leah Ann Colston | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 4 | Julian Leotis Bartley, Sr. | Deceased | | | $1,686,985 | $0 | | $1,686,985 | $1,686,985.00 |
| 5 | Julian Leotis Bartley, Jr. | Deceased | | | $2,521,526 | $1,000,000 | | $3,521,526 | $4,783,376.00 |
| 6 | | | Mary Linda Sue Bartley | Wife of Bartley, Sr.; Mother of Bartley, Jr. | | | $13,000,000 | $13,000,000 | $29,404,050.00 |
| 7 | | | Edith Lynn Bartley | Daughter of Bartley, Sr.; Sister of Bartley, Jr. | | | $7,500,000 | $7,500,000 | $16,963,875.00 |
| 8 | | | Gladis Baldwin Bartley | Mother of Bartley, Sr. | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 9 | Jean Rose Dalizu | Deceased | | | $227,086 | $0 | | $227,086 | $227,086.00 |
| 10 | | | Egambi Fred Kibuhiru Daliza | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 11 | | | Temina Engesia Dalizu | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 12 | | | Lori Elaine Dalizu | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 13 | | | Lawrence Anthony Hicks | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 14 | | | Mangairu Vidija Dalizu | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 15 | | | Rose Banks Freeman | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 16 | | | Gwendolyn Tauwana Garrett | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 17 | | | Joyce McCray | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 18 | | | Jeanette Ella Marie Goines | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 19 | | | June Beverly Freeman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 20 | | | Sheila Elaine Freeman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 21 | | | Jewel Patricia Neal | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 22 | | | James Herbert Freeman | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 23 | Molly Huckaby Hardy | Deceased | | | $1,234,785 | $0 | | $1,234,785 | $1,234,785.00 |
| 24 | | | Brandi Plants | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 25 | | | Jane Huckaby | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 26 | Kenneth Ray Hobson II | Deceased | | | $965,530 | $0 | | $965,530 | $965,530.00 |
| 27 | | | Deborah Hobson-Bird | Wife | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 28 | | | Kenneth Ray Hobson | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 29 | | | Bonnie Sue Hobson | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 30 | | | Meghan Elizabeth Hobson | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 31 | Prabhi Guptara Kavaler | Deceased | | | $1,775,096 | $0 | | $1,775,096 | $1,775,096.00 |
| 32 | Howard Charles Kavaler | Injured | | Husband | | $1,500,000 | $8,000,000 | $9,500,000 | $21,487,575.00 |
| 33 | | | Tara Lia Kavaler | Daughter (of both) | | | $6,500,000 | $6,500,000 | $14,702,025.00 |
| 34 | | | Maya Pia Kavaler | Daughter (of both) | | | $6,500,000 | $6,500,000 | $14,702,025.00 |
| 35 | | | Leon Kavaler | Father of Howard Kavaler | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 36 | | | Pearl Daniels Kavaler | Mother of Howard Kavaler | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 37 | | | Richard Martin Kavaler | Brother of Howard Kavaler | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 38 | Arlene Bradley Kirk | Deceased | | | $543,426 | $0 | | $543,426 | $543,426.00 |
| 39 | | | Robert Kirk, Jr. | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 40 | | | Maisha Kirk Humphry | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 41 | | | Robert Michael Kirk | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable pre-judgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 42 | | | Mary Katherine Bradley | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 43 | | | Dennis Arthur Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 44 | | | Neal Alan Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 45 | | | Katherine Bradley Wright | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 46 | | | Patricia Anne Bradley Williams | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 47 | | | Kenneth Alba Bradley | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 48 | Mary Louise Martin | Deceased | | | $2,339,174 | $0 | | $2,339,174 | $2,339,174.00 |
| 49 | | | Douglas Norman Klaucke | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 50 | | | Karen Marie Klaucke | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 51 | | | William Russell Klaucke | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 52 | | | James Robert Klaucke | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 53 | | | Joseph Denegre Martin, Jr. | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 54 | | | Kathleen Martin Boellert | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 55 | | | Martha Martin Ourso | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 56 | | | Joseph Denegre Martin III | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 57 | | | Michael Hawkins Martin | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 58 | | | Susan Elizabeth Martin Bryson | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 59 | | | Stephen Harding Martin | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 60 | Ann Michelle O'Connor | Deceased | | | $2,195,655 | $0 | | $2,195,655 | $2,195,655.00 |
| 61 | | | James Paul O'Connor | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 62 | | | Jennifer Erin Perez | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 63 | | | Tara Colleen O'Connor | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 64 | | | Micaela Ann O'Connor | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 65 | | | Gwendolyn Frederic Deney | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 66 | Sherry Lynn Olds | Deceased | | | $1,156,543 | $0 | | $1,156,543 | $1,156,543.00 |
| 67 | | | Delbert Raymond Olds | Father | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 68 | | | Mary Evelyn Freeman Olds | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 69 | | | Kimberly Ann Zimmerman | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 70 | | | Marsey Gayle Cornett | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 71 | | | Christina Gay Fox | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| | | | **TOTALS** | | $15,559,867 | $2,500,000 | $265,750,000 | $283,809,867 | $622,301,129.50 |