## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, ET AL., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| | ) Civil Action: 1:01-cv-2244-JDB |
| V. | ) |
| | ) |
| | ) |
| REPUBLIC OF SUDAN, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

### PRAECIPE

TO CLERK OF COURT:

Would the honorable court please note the firm name change for the following firm:

- Fay Kaplan Law, P.A., is now Fay Law Group, P.A.

- The address and contact information stays the same.

The firm name change applies to the following attorneys:

- Thomas Fortune Fay, Esq.

- Caragh Fay, Esq.

- Molly Hoffman, Esq.

Dated: December 21, 2015                                   Respectfully submitted,

                                                            *Molly Hoffman*
                                                            Molly Hoffman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December 2015, I served electronically via CM/ECF the foregoing Praecipe striking my appearance in the above named matter on all counsel of record.

_____
Molly Hoffman, Esq.