IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>   Defendants. | Civil Action No. 01-2244 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>   Defendants. | Civil Action No. 08-1377 (JDB) |
| RIZWAN KHALIQ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>   Defendants. | Civil Action No. 10-356 (JDB) |

**PLAINTIFFS' MOTION FOR
<u>ORDER AUTHORIZING THE ISSUANCE OF WRIT OF ATTACHMENT</u>**

Pursuant to 28 U.S.C. § 1610(c) of the Foreign Sovereign Immunities Act ("FSIA"), Rule 69(a)(1) of the Federal Rules of Civil Procedure, and Section 16–546 of the District of Columbia Code, Plaintiffs hereby move for an order directing the Clerk of the Court to issue a writ of attachment on Wells Fargo Bank, N.A. ("Wells Fargo"), which currently possesses funds owned

by Defendant The Islamic Republic of Iran ("Iran"), namely $9,998,941.91 associated with the petroleum tanker Nautic (a/k/a Gulf Sky), with International Maritime Organization ("IMO") number 9150377.

In support of this Motion, Plaintiffs submit a Proposed Writ of Attachment, attached hereto as **Exhibit A**, for the Clerk of Court to issue to Wells Fargo and for the U.S. Marshals Service to serve—as signed, sealed, and issued by the Clerk—on Wells Fargo via its registered agent: Corporation Service Company, 1090 Vermont Avenue, N.W., Washington, D.C. 20005.  In addition, Plaintiffs submit a Memorandum in Support of Plaintiffs' Motion for Order Authorizing the Issuance of Writ of Attachment and a Declaration of Chantale Fiebig with accompanying exhibits.  Plaintiffs did not confer with Iran pursuant to Local Rule 7(m) before filing this Motion because Iran has not appeared in this action.  A proposed order is also included with this Motion.

Dated: May 22, 2020                                   Respectfully submitted,


/s/ *Matthew D. McGill*
Matthew D. McGill (No. 481430)
Chantale Fiebig (No. 487671)
Suria M. Bahadue (*to be admitted pro hac*)
Crystal L. Weeks (No. 1617317)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.530.9522
mmcgill@gibsondunn.com

Thomas Fortune Fay
Caragh Fay
Fay Law Group, P.A.
777 6th Street, N.W., Suite 410
Washington, D.C. 20001
(202) 589-1300

*Attorneys for Plaintiffs*

2

3

Jane Carol Norman
Bond & Norman Law, P.C.
777 6th Street, N.W., Suite 410
Washington, D.C. 20001
(202) 682-4100

*Co-Counsel for Plaintiffs Khaliq, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2020, I electronically filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter. No service is required on Defendant Iran, which is in default for failing to appear. *See* Fed. R. Civ. P. 5(a)(2).

Dated: May 22, 2020                              /s/ *Matthew D. McGill*
                                                 Matthew D. McGill