# Exhibit A

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

James Owens, et al.  vs  The Islamic Republic of Iran, et al.,

Plaintiff(s)    Defendant(s)

CIVIL ACTION NO. 01-2244; 08-1377; 10-356

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Wells Fargo Bank, N.A. (Registered Agent: Corporation Service Company
1090 Vermont Avenue, N.W., Washington, D.C. 20005) _____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court., for entities listed in Exhibit 1, attached hereto.

The Judgement against the defendant was entered on March 28, 2014 in the amount of Nine hundred and fifty-seven million, two hundred and one thousand, eight hundred and fifty-one dollars and thirteen cents ($ 957,201,851.13 ) and the costs amounting to $ _____ with interest at .138 % from March 28, 2014 less credits of $ 0.00.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _____ day of _____, _____.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Matthew D. McGill
_____
Attorney for Plaintiff
Gibson, Dunn & Crutcher, 1050 Connecticut Ave, N.W.

Washington, D.C. 20036

(202) 955-8500
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
    ANSWER _____

_____

_____

_____

_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
    ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____         _____
                                                                    Garnishee

# Exhibit 1

This Writ of Attachment ("Writ") relates to approximately $9,998,941.91 associated with the petroleum tanker Nautic (a/k/a Gulf Sky), with International Maritime Organization number 9150377. The Writ applies to credits, accounts, accounts receivable, rights to payment of money, general intangibles, deposits, deposit accounts, claims for payment of money, debts due, rights to draw down on any line of credit or banking relationship, right to receive and demand payment from any loan or credit account, rights to demand and receive any advance of money, funds or credit in which the obligor (debtor or person owing the money) is the *garnishee*, as listed on the front page of this Writ, and the obligee (or creditor or person to whom the money is owned by or owed to) is the Islamic Republic of Iran, or any of its ministries, divisions, subdivisions, agencies and/or instrumentalities or any one of the following:

1. Taif Mining Services, LLC
2. Amir Dianat
3. Kamran Lajmiri
4. Islamic Revolutionary Guard Corps ("IRGC")
5. Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF")
6. Esmail Ghaani, Iranian Brigadier General in the IRGC and commander of IRGC-QF
7. Hossein Salami, Commander-in-chief of the IRGC
8. National Iranian Oil Company
9. National Iranian Tanker Company
10. Crystal Holdings Ltd.

This list includes any of the above entities, directly, or a conduit of the listed entities, or any of their subsidiaries, affiliates, divisions, subdivisions, branches, sub-branches, representative offices, and/or related entities or intermediaries on their behalf.