IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>  Defendants. | Civil Action No. 01-2244 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>  Defendants. | Civil Action No. 08-1377 (JDB) |
| RIZWAN KHALIQ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>  Defendants. | Civil Action No. 10-356 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Order Authorizing the Issuance of Writ of Attachment, the Court **ORDERS**:

  1.  Plaintiffs' Motion is **GRANTED**;

  2.  The Clerk of the Court shall issue Plaintiffs' writ of attachment to Wells Fargo Bank, N.A., ("Wells Fargo"), which currently possesses funds owned by Defendant The

Islamic Republic of Iran, namely $9,998,941.91 associated with the petroleum tanker Nautic (a/k/a Gulf Sky), with International Maritime Organization ("IMO") number 9150377; and

    3.    The U.S. Marshals Service is directed to serve Plaintiffs' writ of attachment—as signed, sealed, and issued by the Clerk of the Court—on Wells Fargo Bank, N.A. via its registered agent: Corporation Service Company, 1090 Vermont Avenue, N.W., Washington, D.C. 20005.

**SO ORDERED.**

Date: _____            _____
                                                                                        John D. Bates
                                                                                        United States District Judge