**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES OWENS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**REPUBLIC OF SUDAN, et al.,**<br><br>**Defendants.** | **Civil Action No. 01-2244 (JDB)** |

**ORDER**

Plaintiffs are victims and family members of victims of the 1998 attacks on the U.S. embassies in Nairobi, Kenya and Dar es Salaam, Tanzania. In 2014, Plaintiffs won default judgments against the Republic of Sudan and its Ministry of the Interior (collectively, "Sudan"), as well as the Islamic Republic of Iran and its Ministry of Information and Security (collectively, "Iran") for their roles in those attacks. Sudan entered into private settlement agreements with certain plaintiffs in this case on July 31, 2020 and then executed a bilateral claims-settlement agreement with the U.S. on October 30, 2020 that encompasses the claims of all other plaintiffs in this action. Together, those agreements "provide for the full and final resolution of Plaintiffs' claims against" Sudan. Joint Mot. for Relief from Default Js. Entered Against Sudan ("Joint Mot.") [ECF No. 496] at 1. Sudan has "discharged its core obligations" under those agreements, and Plaintiffs are now "in the process of executing releases with respect to [their] claims." Id.

To that end, on May 10, 2021, Plaintiffs and Sudan filed a joint motion asking this Court to (1) "relieve Sudan from the Default Judgments in this action by entering an order that vacates the Default Judgments only as to Sudan," pursuant to Federal Rule of Civil Procedure 60(b)(5); and (2) "dismiss[] with prejudice all of Plaintiffs' claims against Sudan in this action pursuant to

Rule 41(a)(2) of the Federal Rules of Civil Procedure." Id. at 2. Importantly, the settlement agreements described above provide that the U.S. "will distribute to Plaintiffs certain settlement funds provided to the [U.S.] by Sudan," and the U.S. "has conditioned the distribution of funds on, among other things, entry of an order by this Court . . . that is consistent with the relief requested by [the] joint motion." Id. at 4.

Under these circumstances, the Court finds that the relief sought by Plaintiffs and Sudan is appropriate and will grant the joint motion. Nothing in this Order affects Plaintiffs' default judgments against Iran. Hence, upon consideration of [496] Sudan and Plaintiffs' Joint Motion for Relief from Default Judgments Entered Against Sudan, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 60(b)(5), the default judgments against Sudan (ECF Nos. 305 and 349) are **VACATED** as to Sudan only, and Sudan is **RELIEVED** from those default judgments; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claims against Sudan in this action are **DISMISSED WITH PREJUDICE**; and this action is **TERMINATED** as to Sudan only.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 18, 2021